B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Southern District of Indiana** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Integra Bank Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-1632155** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**21 Southeast Third Street**<br>**PO Box 868**<br>**Evansville, IN**           ZIP Code **47705-0868** | Street Address of Joint Debtor (No. and Street, City, and State):           ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Vanderburgh** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP Code | Mailing Address of Joint Debtor (if different from street address):           ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11          ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ☐<br>50-99 | ☐<br>100-199 | ■<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ☐<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ■<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                   **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Integra Bank Corporation** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>     Signature of Attorney for Debtor(s)          (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br>        _____<br>        (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Integra Bank Corporation |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br>☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.<br>☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor | X _____<br>Signature of Foreign Representative |
| X _____<br>Signature of Joint Debtor | Printed Name of Foreign Representative |
| Telephone Number (If not represented by attorney)<br><br>Date _____ | Date _____ |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X _____<br>Signature of Attorney for Debtor(s)<br><br>Jay Jaffe 5037-98<br>Printed Name of Attorney for Debtor(s)<br><br>Baker & Daniels LLP<br>Firm Name<br><br>600 E. 96th Street, Suite 600<br>Indianapolis, IN 46240<br>Address<br><br><br>317-569-9600  Fax: 317-569-4800<br>Telephone Number<br>July 30, 2011<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>Address<br><br>X _____<br><br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br>Michael J. Alley<br>Printed Name of Authorized Individual<br>Chairman and Chief Executive Officer<br>Title of Authorized Individual<br>July 30, 2011<br>Date | |

Created 2/11/11

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA

In re:                                    )
                                          )
INTEGRA BANK CORPORATION                  )
                                          )    Case No. _____
_____          )
                                          )
                  Debtor                  )

## CORPORATE OWNERSHIP STATEMENT

As required by Fed.R.Bankr.P. 1007(a)(1), the debtor now files this Corporate Ownership Statement and reports as follows: (Check one box only.)

☐ Debtor is not a "corporation" as defined in 11 U.S.C. §101(9).

☑ Debtor is a "corporation" as defined in 11 U.S.C. §101(9) but has no entities to report under Fed.R.Bankr.P. 1007(a)(1).

☐ Debtor is a "corporation" as defined in 11 U.S.C. §101(9), and the following corporations directly or indirectly own 10% or more of any class of the debtor's equity interests:  (List corporations below.)

_____
_____
_____
_____
_____
_____
_____
_____

The debtor declares under penalty of perjury that this Corporate Ownership Statement is true and correct.

_____
(Signature of Authorized Individual)*

Michael J. Alley, Chairman and Chief Executive Officer
(Printed Name of Authorized Individual)

*Note:  If filing electronically, use the /s/ electronic signature per our Administrative Procedures Manual.

6761575 v 1

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Integra Bank Corporation**

_____,
                                Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | **Yes** | **1** | **0.00** | | |
| B - Personal Property | **Yes** | **4** | **8,201,042.33** | | |
| C - Property Claimed as Exempt | **No** | **0** | | | |
| D - Creditors Holding Secured Claims | **Yes** | **1** | | **0.00** | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | **Yes** | **3** | | **4,980.50** | |
| F - Creditors Holding Unsecured Nonpriority Claims | **Yes** | **70** | | **106,639,329.77** | |
| G - Executory Contracts and Unexpired Leases | **Yes** | **16** | | | |
| H - Codebtors | **Yes** | **1** | | | |
| I -  Current Income of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| J -  Current Expenditures of Individual Debtor(s) | **No** | **0** | | | **N/A** |
| Total Number of Sheets of ALL Schedules | | **96** | | | |
| Total Assets | | | **8,201,042.33** | | |
| Total Liabilities | | | | **106,644,310.27** | |

B6A (Official Form 6A) (12/07)

In re  **Integra Bank Corporation**                                ,          Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
|  | | Total > | **0.00** | |
|  | | (Report also on Summary of Schedules) | | |

  **0**    continuation sheets attached to the Schedule of Real Property

B6B (Official Form 6B) (12/07)

.

In re    **Integra Bank Corporation**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at Integra Bank N.A.** | - | **784,098.89** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **784,098.89** |
|---|---|---|
|  | (Total of this page) | |

___**3**___  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Integra Bank Corporation** _____,   Case No. _____
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **The value of the Debtor's interest in the designated stocks and interests in incorporated and unincorporated businesses was determined as follows:** | - | **4,700,000.00** |
| | | **All of the outstanding common stock of Integra Bank National Association 470,000 shares at $10 par value** | | |
| | | **All of the outstanding common stock of Integra Reinsurance Company LTD 5,000 shares at $1 par value** | - | **5,000.00** |
| | | **Integra Capital Trust II 557 shares at $1,000 liquidation value** | - | **557,000.00** |
| | | **Integra Capital Statutory Trust III 1,068 shares at $1,000 liquidation value** | - | **1,068,000.00** |
| | | **Integra Capital Statutory Trust IV 619 shares at $1,000 liquidation value** | - | **619,000.00** |
| | | **Integra Capital Statutory Trust V 310 shares at $1,000 liquidation value** | - | **310,000.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accrued dividends on TRUP investments** | - | **155,829.51** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

Sub-Total >   **7,414,829.51**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Integra Bank Corporation** _____ ,   Case No. _____
                                            Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **State of Illinois tax refund** | - | **Unknown** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Pending civil litigation (Integra Bank Corporation and Integra Bank N.A. vs Fidelity and Deposit Company of Maryland, Case No. 3:11-cv-00019-RLY-WGH)** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **9 Dell laptops; the value was determined using depreciated book value** | - | 2,113.93 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

|  | Sub-Total > | **2,113.93** |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Integra Bank Corporation**                              ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > (Total of this page) | **0.00** |
| Total > | **8,201,042.33** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Integra Bank Corporation** ,    Case No. _____
_____
                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

**0** continuation sheets attached

| | Subtotal (Total of this page) | | |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10)

.

In re   **Integra Bank Corporation**                                     ,      Case No. _____
                                             **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

■ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

       **2**   continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Integra Bank Corporation** _____ ,    Case No. _____

                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **WADE C. ALEXA 9000 S KNOX HOMETOWN, IL 60456** | - | | Supplemental Executive Retirement Plan | | | | 4,980.50 | 0.00 / 4,980.50 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  **1**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 4,980.50 | 4,980.50 |

B6E (Official Form 6E) (4/10) - Cont.

In re **Integra Bank Corporation** , Case No. _____
_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Commitments to Maintain the Capital
of an Insured Depository Institution

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Federal Deposit Insurance Corporation** 550 17th Street NW Washington, DC 20429 | - | | | | | | 0.00 | Unknown / Unknown |
| Account No. **Office of the Comptroller of Currency** Administrator of National Banks Washington, DC 20219 | - | | | | | | 0.00 | Unknown / Unknown |
| Account No. **Office of the Comptroller of Currency** Evansville Satellite Office 101 NW First Street, Suite 207 Evansville, IN 47708-1259 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 4,980.50 | 0.00 / 4,980.50 |

B6F (Official Form 6F) (12/07)

In re  **Integra Bank Corporation**                                    ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Electrical/cabling services | | | | |
| **A & S Electric**<br>**1918 W. Franklin St.**<br>**Evansville, IN 47712** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Voice and data communications | | | | |
| **A T & T**<br>**One A T & T Way**<br>**Bedminster, NJ 07921-0752** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Commercial internet banking services | | | | |
| **ACI**<br>**6060 Coventry Drive**<br>**Elkhorn, NE 68022-6482** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Financial Network Services And License Agreement | | | | |
| **ACI Worldwide Corp.**<br>**Jeffrey S. Hall**<br>**320 Nevada Street**<br>**Newton, MA 02460** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |

__69__  continuation sheets attached

Subtotal
(Total of this page)                                    0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Software/hardware to laser print documents | | | | |
| ACOM Solutions 2850 E. 29th Street Corporate Headquarters Long Beach, CA 90806-2313 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Solution Purchase Agreement | | | | |
| Acom Solutions, Inc. Marisel Jones 2455 Meadowbrook Pkwy NW Duluth, GA 30096 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ADAM R RUST 2113 E GUM EVANSVILLE, IN 47714 | - | | | | | | | 56.52 |
| Account No. | | | | Mutual Non-Disclosure Agreement | | | | |
| Affinity Solutions, Inc. Attn: Jonathan Silver, President & CEO 333 Seventh Avenue, 18th Floor New York, NY 10001 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Supplemental insurance | | | | |
| AFLAC 1932 Wynnton Road Columbus, GA 31998 | - | | | | X | X | X | 0.00 |

Sheet no. __1__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **56.52**

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Credit life, health, disability insurance | | | | |
| Allied Solutions 1320 City Center Drive, Suite 300 Carmel, IN 46032 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | BOLI corporate policies; Universal Life Policy No. U1010396 (AUL) | | | | |
| American Underwriters Life Insurance Com PO Box 9510 Wichita, KS 67277-9510 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ANNA RAMSEY LITTLEPAGE 6200 RIVER BLUFF DR NEWBURGH, IN 47630-8852 | | - | | | | | | |
| | | | | | | | | 1.04 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ANNABELLE BUSCH 5510 N US 421 OSGOOD, IN 47037 | | - | | | | | | |
| | | | | | | | | 2.31 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ANNE B. RUSSELL 500 SAYRE DRIVE PRINCETON, NJ 08540 | | - | | | | | | |
| | | | | | | | | 20.87 |

Sheet no. __2___ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24.22

B6F (Official Form 6F) (12/07) - Cont.

In re __Integra Bank Corporation__ ,                    Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Aqurit Software License Agreement | | | | |
| **Aquracy.com Corporation Dwight T. Martin 135 Gemini Circle, Suite 204 Birmingham, AL 35209** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Pricing Schedule for AT&T ILEC Services; Agreement for AT&T ILEC Services | | | | |
| **AT&T Indiana 220 North Meridian Indianapolis, IN 46204** | - | | | | X | X | X | 0.00 |
| Account No. | | | | ADP StreetLink Service Agreement | | | | |
| **Automatic Data Processing, Inc. Investor Communications Services 51 Mercedes Way Edgewood, NY 11717** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Non-Disclosure Agreement | | | | |
| **Baden Tax Management LLC 165 West Wieuca Road, Suite 209 Atlanta, GA 30342** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Tax Sharing Agreement | | | | |
| **Baker & Daniels LLP David C. Worrell 300 N. Meridian Street, Suite 2700 Indianapolis, IN 46204** | - | | | | X | X | X | 0.00 |

Sheet no. __3__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BARBARA A MANN**<br>**117 PLEASANT VIEW DR**<br>**MITCHELL, IN 47446** | - | | **Holder of outstanding dividend checks** | | | | 18.72 |
| Account No.<br><br>**BARRY S. GREENWELL**<br>**6157 ESTATE DRIVE**<br>**EVANSVILLE, IN 47720-7912** | - | | **Holder of outstanding dividend checks** | | | | 3.20 |
| Account No.<br><br>**Berbee Information Networks Corporation**<br>**Douglas L. Bobo**<br>**11711 North Meridian Street, Suite 225**<br>**Carmel, IN 46032** | - | | **Non-Disclosure Agreement** | X | X | X | 0.00 |
| Account No.<br><br>**BKD, LLP**<br>**501 N. Broadway, Suite 600**<br>**St. Louis, MO 63102-2102** | - | | **Engagement; Non-Disclosure Agreements** | X | X | X | 0.00 |
| Account No.<br><br>**Black McCuskey Souers & Arbaugh, LPA**<br>**220 Market Ave. S, Suite 1000**<br>**Canton, OH 44702** | - | | **Legal services** | X | X | X | 0.00 |

Sheet no. **4** of **69** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     21.92

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| BLAINE E. MATTHEWS BOX 15 WHITCOMB HILL ROAD CORNWALL BRIDGE, CT 06754 | - | | | | | | | 360.00 |
| Account No. | | | | Financial services | | | | |
| Bloomberg PO Box 30244 Hartford, CT 06150-0244 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Non-Disclosure Agreement | | | | |
| Bowe Bell & Howell Barbara Ratts 3791 S. Alton Ave. Durham, NC 27713 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Letter of Engagement | | | | |
| Bowers Harrison, LLP 25 N.W. Riverside Drive, 2nd Floor Evansville, IN 47708 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| BRANDON ELEK 911 MCKINLEY BAY CITY, MI 48708 | - | | | | | | | 1.32 |

Sheet no. __5__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

361.32

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                              , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Services Agreement (Share Link) | | | | |
| **Broadridge Financial Solutions, Inc.** **Broadridge Investor Communication Soluti** **51 Mercedes Way** **Edgewood, NY 11717** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **BRUCE G. TABER** **8366 LARCH PLACE N** **NEWBURGH, IN 47630-2510** | - | | | | | | | 3.91 |
| Account No. | | | | Training Plus License Agreement | | | | |
| **BVS Performance Systems** **4060 Glass Road NE** **Cedar Rapids, IA 52402** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **C. WAYNE HATFIELD TRUST** **5045 E RIO GRANDE AVE** **TERRE HAUTE, IN 47805-9617** | - | | | | | | | 1.02 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **CARLA A. LINE** **4049 NORTH LAKE DRIVE** **MORNINGVIEW, KY 41063** | - | | | | | | | 0.11 |

Sheet no. __6__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                5.04

B6F (Official Form 6F) (12/07) - Cont.

In re   **Integra Bank Corporation**                                   ,       Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| CAROL SUE PIERCE 4832 S 700 E ELLWOOD, IN 46036 | | - | | | | | | 5.44 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| CASEY GOODAKER 748 MORRIS DR GRAND RIVERS, KY 42045-9138 | | - | | | | | | 0.57 |
| Account No. | | | | Supplemental Executive Retirement Plan | | | | |
| CATHERINE N. WEBB 25275 CARNOUSTIE COURT BONITA SPRINGS, FL 34135 | | - | | | | | | 247,564.00 |
| Account No. | | | | Agreement for Products and Services; Amendment to Agreement for Products and Services | X | X | X | |
| Ceridian Corporation 3311 East Old Shakopee Road Minneapolis, MN 55425 | | - | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| CHARLES P. FULLER TRUSTEE P O BOX 293 DALE, IN 47523-0293 | | - | | | | | | 622.80 |

Sheet no. __**7**___ of __**69**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **248,192.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**
_____,                     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Schwab Stable Value Fund Participation Agreement | | | | |
| **Charles Schwab Trust Company** **211 Main Street, 14th Floor** **San Francisco, CA 94105** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **CHARLOTTE W. SCHLENSKER** **2134 SCHLENSKER RD** **EVANSVILLE, IN 47711-9288** | - | | | | | | | |
| | | | | | | | | 242.42 |
| Account No. | | | | Banking services | | | | |
| **Chase** **Kentucky Market** **PO Box 260180** **Baton Rouge, LA 70826-0180** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Correspondent Origination and Sales Agreement; Delegated Underwriting Addendum to Correspondent Origination and Sales Agreement; Third party origination rider (to Correspondent Origination and Sales Agreement) | | | | |
| **Chase Manhattan Mortgage Corporation** **343 Thornell Avenue** **Edison, NJ 08837** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **CHRISTOPHER WIRTHWEIN** **4900 WINTERGREEN LANE** **CARMEL, IN 46033-9726** | - | | | | | | | |
| | | | | | | | | 4.48 |

Sheet no. **8** of **69** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     246.90

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                              , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | |
| **Account No.** | | | | | Image of loan and deposit documentation | | | | |
| **Cintas Document Management f/k/a ITC Image Technology Corp** | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Bank / Courier Agreement | | | | |
| **Corporate Bank Transit of Kentucky, Inc.** 415 N. McKinley, Suite 850 Little Rock, AR 72205 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Transportation Services Agreement | | | | |
| **Courier Express, Inc.** PO Box 36 Owensboro, KY 42302 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |
| **Account No.** | | | | | Holder of outstanding dividend checks | | | | |
| **CURTIS RITTERLING** 850 BLUE RIDGE RD EVANSVILLE, IN 47714 | - | | | | | | | | |
| | | | | | | | | | 6.60 |
| **Account No.** | | | | | Engagement Letter | | | | |
| **Cushman & Wakefield, Inc.** Valuation Services, Advisory Group 51 West 52nd Street New York, NY 10019 | - | | | | | X | X | X | |
| | | | | | | | | | 0.00 |

Sheet no. __9__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           6.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| CYNTHIA McNIEL 572 ALDEN WAY ROSEVILLE, CA 95678 | - | | | | | | 111.69 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| CYRIL J. WORLAND 1189 W BILL RD VINCENNES, IN 47591-9805 | - | | | | | | 0.81 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DANIEL COOK & JOSHUA COOK 113 MANOR DRIVE PRINCETON, KY 42445-2319 | - | | | | | | 16.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DANIEL L. KIRKLAND 4950 E SR 162 LINCOLN CITY, IN 47552 | - | | | | | | 556.41 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DANIEL L. KIRKLAND 13492 S JEFFERSON ST PRINCETON, KY 42445-6058 | - | | | | | | 589.14 |

Sheet no. __10__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 1,274.05 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                      ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Asset / Liability Management Independent Model Validation Services; Confidentiality Agreement | | | | |
| Darling Consulting Group, Inc, 260 Merrimac Street Newburyport, MA 01950 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Mail pick up | | | | |
| Data Mail, Inc. 1014 Main Street Evansville, IN 47708 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Audit Agreement; License Agreement | | | | |
| DataScan Technologies, LLC 5925 Cabot Parkway Alpharetta, GA 30005 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| DAVID E. CURTIS 1004 WILLIE CURTIS ROAD MT. OLIVET, KY 41064 | - | | | | | | | |
| | | | | | | | | 0.03 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| DAVID JACKSON LITTLEPAGE 6200 RIVER BLUFF DR NEWBURGH, IN 47630-8852 | - | | | | | | | |
| | | | | | | | | 4.26 |

Sheet no. __11__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4.29

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation**                                    ,          Case No. _____
                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DAVID KYLER & JO NELL KYLER 3449 SOUTH RD CADIZ, KY 42211-8532 | - | | | | | | 3.41 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DAVID R. RUST 2709 W GLEN ELLEN DRIVE BLOOMINGTON, IN 47404-9397 | - | | | | | | 18.13 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DAVID S. RUHOFF TRUST 124 CATAMARAN ST 7 MARINA DEL REY, CA 90292-5768 | - | | | | | | 854.56 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DEAN R. VOGEL ESTATE 3010 GRAHAM AVE EVANSVILLE, IN 47714 | - | | | | | | 5.28 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| DEBBY BECKER 9040 WALPOLE AVE CALIF CITY, CA 93505-2100 | - | | | | | | 27.40 |

Sheet no. __12__ of __69__ sheets attached to Schedule of          Subtotal                908.78
Creditors Holding Unsecured Nonpriority Claims                  (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation** _____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **DELMON T. MAYES** <br> **8388 STONEGATE DR.** <br> **NEWBURGH, IN 47630-2794** | - | | Holder of outstanding dividend checks | | | | 499.38 |
| Account No. <br><br> **DELMON T. MAYES & ANN P MAYES** <br> **8388 STONEGATE DR.** <br> **NEWBURGH, IN 47630-2794** | - | | Holder of outstanding dividend checks | | | | 45.92 |
| Account No. <br><br> **Deluxe Financial Services** <br> **3680 Victoria Street North** <br> **Shoreview, MN 55126-2966** | - | | Check ordering service | X | X | X | 0.00 |
| Account No. <br><br> **Delves Group** <br> **10 South LaSalle Suite 1450** <br> **Chicago, IL 60603** | - | | Compensation consultation | X | X | X | 0.00 |
| Account No. <br><br> **DENNIS G. RUDE** <br> **2018 COLERIDGE** <br> **CROWNVILLE, MD 21032** | - | | Holder of outstanding dividend checks | | | | 1.48 |

Sheet no. __13__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **546.78**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Integra Bank Corporation**                                          ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **DENNIS RYAN** **1481 RIDGE RD** **PRINCETON, KY 42445** | - | | | Holder of outstanding dividend checks | | | | 65.28 |
| Account No. **Depository Trust & Clearing Corporation** **55 Water Street** **Attn: General Counsel** **New York, NY 10041** | - | | | Clear and settle securities for brokers | X | X | X | 0.00 |
| Account No. **DIANA MARIE MICHEL** **5513 AMBERWOOD PL** **EL PASO, TX 79932-2001** | - | | | Holder of outstanding dividend checks | | | | 22.44 |
| Account No. **Diebold** **5995 Mayfair Road** **PO Box 3077** **North Canton, OH 44720-8077** | - | | | Maintenance services for ATM and banking center equipment | X | X | X | 0.00 |
| Account No. **Diebold, Inc.** **Ed Calhoun** **6050 Wedeking Ave. Bldg. #6** **Evansville, IN 47715** | - | | | Maintenance Contract | X | X | X | 0.00 |

Sheet no. __14__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                87.72

B6F (Official Form 6F) (12/07) - Cont.

In re __Integra Bank Corporation_____,      Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| Account No. | | | | Legal services | | | | |
| Dinsmore & Shohl LLP 101 South Fifth Street, Suite 2500 Louisville, KY 40202 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Engagement | | | | |
| Dinsmore & Shohl LLP Sterling W. Colvin 255 East Fifth Street, Suite 1900 Cincinnati, OH 45202 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Master Services Agreement | | | | |
| Directors Desk, LLC Adam Ross 1 Liberty Plaza New York, NY 10006 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| DRY RIDGE CHRISTIAN CHURCH 13 SCHOOL STREET DRY RIDGE, KY 41035 | - | | | | | | | |
| | | | | | | | | 0.81 |
| Account No. | | | | Courier service | | | | |
| Dynamex Inc 5429 LBJ Freeway, Suite 1000 Dallas, TX 75240 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __15__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.81

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,        Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Large return item notfication service | | | | |
| EARN c/o The Company Corporation 2711 Centerville Road, Suite 400 Wilmington, DE 19808 | - | | | | X | X | X | 0.00 |
| Account No. | | | | AD&D insurance provider | | | | |
| Econocheck Corporation 3 Gresham Landing Stockbridge, GA 30281 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| EDWARD C. APPLEGATE 3009 PALACE PLACE MURFREESBORO, TN 37129 | - | | | | | | | 0.03 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| EDWARD L. EDMONDSON TRUSTEE 1500 MORIAH DRIVE OLNEY, IL 62450 | - | | | | | | | 100.64 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ELISABETH OBERTEUFFER 123 ARROYO CALABASAS SANTA FE, NM 87501 | - | | | | | | | 0.28 |

Sheet no. __16__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                100.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation**                                              ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ELIZABETH E. ALBON 10011 RUSTIC GATE LA PORTE, TX 77571-4148 | | - | | | | | | 478.01 |
| Account No. | | | | Deferred Director Compensation (monthly payment of $1,939 through August 2015) | | | | |
| ELLIS WENDELL ARMES BOX 87 HARDINSBURG, KY 40143 | | - | | | | | | 95,011.00 |
| Account No. | | | | IT hardware services | | | | |
| ePlus Group PO Box 8500-5270 Philadelphia, PA 19178-5270 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Master Lease Agreement No. INC104 and schedules thereto; Promissory Note (on lease schedule no. 100); Promissory Note (on lease schedule no. 104); Promissory Note (on lease schedule no. 105) | | | | |
| ePlus, inc. 13595 Dulles Technology Drive Herndon, VA 20171-3413 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| ERIC K. JOHNSON 7218 N OAKLAND INDIANAPOLIS, IN 46240 | | - | | | | | | 70.04 |

Sheet no. __17__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                                       95,559.05

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**ERIN BLACKBURN 385 CRAB ORCHARD CREEK RD CLAY, KY 42404-9527** | - | | | **Holder of outstanding dividend checks** | | | | 0.02 |
| Account No. <br><br>**ERIN BLACKBURN & VINSON BLACKBURN 385 CRAB ORCHARD CREEK RD CLAY, KY 42404-9527** | - | | | **Holder of outstanding dividend checks** | | | | 0.38 |
| Account No. <br><br>**ESTATE OF GARRY O. HENDRICKSON c/o DON G. HENDRICKSON 112 S. ROCKPORT RD. BOONVILLE, IN 47601** | - | | | **Holder of outstanding dividend checks** | | | | 14,159.41 |
| Account No. <br><br>**ESTATE OF ROBERT VINCENT C/O THOMAS VINCENT PO BOX 1732 VINCENNES, IN 47591** | - | | | **Deferred Director Compensation (monthly payment of $828 through December 2011)** | | | | 2,070.00 |
| Account No. <br><br>**ESTATE OF ROBERT VINCENT C/O VICTORIA PEARL 11 ASHCRAFT PLACE WEST LAFAYETTE, IN 47906** | - | | | **Deferred Director Compensation (monthly payment of $828 through December 2011)** | | | | 2,070.00 |

Sheet no. __18__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  18,299.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** _____ ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Bill payment system | | | | |
| Fidelity National Information Svcs, Inc. 601 Riverside Avenue Jacksonville, FL 32204 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Regulatory reporting to Federal Reserve | | | | |
| Fidelity Regulatory Solutions PO Box 5828 Hicksville, NY 11802-5828 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Bond Accounting | | | | |
| First Tennessee 165 Madison Ave Memphis, TN 38103 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Tax forms processing | | | | |
| Fiserv Output Solutions f/k/a Personix 2307 Directors Row Indianapolis, IN 46241 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Comprehensive Banking System License and Service Agreement, Agreement No. 3800050; Addendum Nos. 1 through 20; Software Maintenance Agreement No. 3800050.01 and amendments thereto; Non-Disclosure Agreement | | | | |
| Fiserv, Inc. 255 Fiserv Drive Brookfield, WI 53045 | | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __19__ of __69__ sheets attached to Schedule of     Subtotal     0.00
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | W J | J C | | | | | |
| Account No. | | | | | Holder of outstanding dividend checks | | | | |
| **FRANK E CONNER** **PO BOX 187** **PRINCETON, IN 47670-0187** | - | | | | | | | | 2.52 |
| Account No. | | | | | Deferred Director Compensation (monthly payment of $2,561 through November 2019) | | | | |
| **FRANK WALLACE** **4121 ROYAL OAK DR** **NEW ALBANY, IN 47150** | - | | | | | | | | 256,100.00 |
| Account No. | | | | | Holder of outstanding dividend checks | | | | |
| **FREDERICK E. RUDE** **907 STATE HWY 257** **WASHINGTON, IN 47501-8506** | - | | | | | | | | 0.22 |
| Account No. | | | | | Holder of outstanding dividend checks | | | | |
| **FREDERICK R. FOLZ** **631 S WILLOW RD** **EVANSVILLE, IN 47714-1922** | - | | | | | | | | 21.02 |
| Account No. | | | | | Legal services | | | | |
| **Fultz Maddox Hovious & Dickens PLC** **101 South Fifth Street, 27th Floor** **Louisville, KY 40202-3116** | - | | | | | X | X | X | 0.00 |

Sheet no. __20__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **256,123.76**

B6F (Official Form 6F) (12/07) - Cont.

In re　**Integra Bank Corporation**　　　　　　　　　　　　　, 　　Case No. _____
　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**G3 Technology Partners**<br>**PO Box 11588**<br>**Lock Box A11**<br>**Fort Wayne, IN 46859-1588** | - | | | | **Professional services** | X | X | X | 0.00 |
| Account No.<br><br>**GARY L. ADMIRE**<br>**220 INWOOD DRIVE**<br>**EVANSVILLE, IN 47711** | - | | | | **Holder of outstanding dividend checks** | | | | 80.08 |
| Account No.<br><br>**Georgeson, Inc.**<br>**Attn: Sean P. O'Hara**<br>**199 Water Street 26th Floor**<br>**New York, NY 10038** | - | | | | **Letter of Agreement (re soliciting proxies for shareholder meeting)** | X | X | X | 0.00 |
| Account No.<br><br>**GEX TAYLOR DIUGUID**<br>**BOX 347**<br>**GHENT, KY 41045-0347** | - | | | | **Holder of outstanding dividend checks** | | | | 5.51 |
| Account No.<br><br>**GLENN BAUMANN**<br>**8410 GREENLEAF DR**<br>**CINCINNATI, OH 45255** | - | | | | **Holder of outstanding dividend checks** | | | | 168.50 |

Sheet no. __21__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　254.09

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** _____,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **GLORIA HARKER**<br>**310 HILL CT**<br>**WASHINGTON, IN 47501-3742** | - | | | | | | 4.86 |
| Account No. | | | Spoolview software support | | | | |
| **Goldleaf / Jack Henry**<br>**1025 Central Expressway South**<br>**Dallas, TX 75013-2790** | - | | | X | X | X | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **GORDON L LOWRY**<br>**3302 W 525 S**<br>**OWENSVILLE, IN 47665-9235** | - | | | | | | 0.10 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **GORDON L LOWRY & JANE L LOWRY**<br>**3302 W 525 W**<br>**OWENSVILLE, IN 47665-9235** | - | | | | | | 0.20 |
| Account No. | | | Legal services | | | | |
| **Graydon Head & Ritchey LLP**<br>**1900 Fifth Third Center**<br>**511 Walnut Street**<br>**Cincinnati, OH 45202** | - | | | X | X | X | 0.00 |

Sheet no. __22__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **5.16**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Direct mail service; Agreement accepting formal proposal for High Performance Checking Account Marketing Program | | | | |
| **Haberfeld Associates** **206 S. 13th, Suite 1500** **Lincoln, NE 68508** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **HALLIE E. MUNCY** **5407 N 650 E** **PATOKA, IN 47666** | - | | | | | | | |
| | | | | | | | | 5.36 |
| Account No. | | | | Understanding of Services re Employees' 401(k); Engagement Letter (Integra Bank Corporation Employees' 401(k) Plan) | | | | |
| **Harding, Shymanski & Company, P.S.C.** **21 SE Third Street, Suite 500** **Evansville, IN 47735-3677** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Harland Financial Solutions, Inc. Order Request and addendums | | | | |
| **Harland Financial Solutions, Inc.** **fka Concentrex Inc fka CFI Pro Services** **605 Crescent Executive Court, Suite 600** **Lake Mary, FL 32746** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Engagement letter | | | | |
| **Harlin Parker Attorneys at Law** **Attn: Mark D. Alcott** **519 East Tenth Street, PO Box 390** **Bowling Green, KY 42102** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __23__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                    ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **HAROLD E. EDWARDS & MARY G. EDWARDS 1419 BUNTIN VINCENNES, IN 47591-4614** | - | | Holder of outstanding dividend checks | | | | 0.63 |
| Account No. <br><br> **Hartford Life Insurance 500 Bielenberg Drive Woodbury, MN 55125** | - | | BOLI corporate policies | X | X | X | 0.00 |
| Account No. <br><br> **Hauselman, Rappin & Olswang Ltd. 39 S LaSalle Street, Ste 1105 Chicago, IL 60603** | - | | Legal services | X | X | X | 0.00 |
| Account No. <br><br> **Health Resources PO Box 15660 Evansville, IN 47716-0660** | - | | Dental insurance | X | X | X | 0.00 |
| Account No. <br><br> **HELEN L. RUDE 407 NE 1ST WASHINGTON, IN 47501-2018** | - | | Holder of outstanding dividend checks | | | | 4.80 |

Sheet no. __24__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     5.43

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| HERSCHEL J. JOHNSON P.O. BOX 45 BROWNS, IL 62818-0045 | - | | | | | | 16.66 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| HILDA C. LANOFF TRUST 257 PRINCETON LANE GLENVIEW, IL 60025 | - | | | | | | 66.53 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| HOMER STOLL 10964 E 275 N LOOGOOTEE, IN 47553-5484 | - | | | | | | 0.88 |
| Account No. | | | Legal services | | | | |
| Howard, Leggans, Piercy & Howard, LLP 1008 Main, PO Box 1810 Mount Vernon, IL 62864 | - | | | X | X | X | 0.00 |
| Account No. | | | Management and Services Agreement | | | | |
| HUB International Financial Services Attn: Dottie Shepperd 265 Parkway Blvd, Suite 100 Coppell, TX 75019 | - | | | X | X | X | 0.00 |

Sheet no. __25__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,        Case No. _____

                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Office supplies | | | | |
| **Hudson Office Solutions**<br>**PO Box 482**<br>**Washington, IN 47501** | | - | | X | X | X | 0.00 |
| Account No. | | | iSeries hardware/e-mail spam and anti-virus; disaster recovery services | | | | |
| **IBM**<br>**PO BOX 643600**<br>**Pittsburgh, PA 15264-3600** | | - | | X | X | X | 0.00 |
| Account No. | | | Multivendor Information Technology Recovery Services (Agreement HQ12291 and Agreement HQ129991) IBM Customer Agreement Attachment for Multivendor Information Technology Recovery Services and amendments | | | | |
| **IBM Corporation**<br>**BCRS Contract Operations**<br>**PO Box 700**<br>**Suffern, NY 10901-0700** | | - | | X | X | X | 0.00 |
| Account No. | | | IBM Agreement for Exchange of Confidential Information | | | | |
| **IBM Corporation**<br>**600 Anton Blvd, Ste 300**<br>**Costa Mesa, CA 92626** | | - | | X | X | X | 0.00 |
| Account No. | | | Statement of Work for Services | | | | |
| **IBM Corporation**<br>**4111 Northside Parkway**<br>**Atlanta, GA 30327** | | - | | X | X | X | 0.00 |

Sheet no. __26__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Professional services | | | | |
| IKON PO Box 802815 Chicago, IL 60680-2815 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Lease Agreement | | | | |
| IKON Financial Services PO Box 9115 Macon, GA 31208-9115 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Master Maintenance & Sale Agreement; Maintenance Services / Professional Services Agreement | | | | |
| IKON Office Solutions, Inc. 9400 Bunsen Pkwy, Suite 200 Louisville, KY 40220 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Master Services Agreement | | | | |
| Image Technology Corporation Attn: Donald S. Byers, President, Midwes 2850 S. Lynhurst Drive Indianapolis, IN 46241-5658 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Consulting Agreement | | | | |
| InfoManager, Inc. 2535 E. Southlake Blvd., Suite 250 Southlake, TX 76092 | - | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __27__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          0.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Integra Bank Corporation**                                    ,        Case No. _____
                                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Letter Agreement; Letter Amendment | | | | |
| Informa Research Services, Inc. 26565 Agoura Road, Suite 300 Calabasas, CA 91302-1942 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Junior Subordinated Debentures $10,000,000.00 principal $183,556.92 interest | | | | |
| Integra Bank Corporation Junior Sub Debt c/o Wilmington Trust Company 1100 N Market St Wilmington, DE 19890-1615 | - | | | | | | |
| | | | | | | | 10,183,556.92 |
| Account No. | | | Junior Subordinated Debentures $4,000,000.00 principal $72,170.19 interest | | | | |
| Integra Bank Corporation Junior Sub Debt c/o Wilmington Trust Company 1100 N Market St Wilmington, DE 19890-1615 | - | | | | | | |
| | | | | | | | 4,072,170.19 |
| Account No. | | | Obligation to reimburse shared expenses | | | | |
| Integra Bank N.A. 21 SE Third Street Evansville, IN 47708 | - | | | | | | |
| | | | | | | | 54,686.83 |
| Account No. | | | Representing Integra Capital Trust III $35,568,000.00 principal $2,333,819.80 interest | | | | |
| Integra Capital Statutory Trust III c/o US Bank Corporate Trust Services US Bank NA, 1 Federal St, 3rd Floor Boston, MA 02110 | - | | | | | | |
| | | | | | | | 37,901,819.80 |

Sheet no. __28__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          52,212,233.74

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                          ,          Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Integra Capital Statutory Trust IV<br>c/o Wilmington Trust Company<br>1100 N Market St, Mail Drop 1615<br>Wilmington, DE 19890 | - | | Representing Integra Capital Trust IV<br>$20,619,000.00 principal<br>$734,264.07 interest | | | | 21,353,264.07 |
| Account No.<br><br>Integra Capital Statutory Trust V<br>c/o Bank of America Merrill Lynch<br>540 W Madison St, 18th Floor<br>Chicago, IL 60661 | - | | Representing Integra Capital Trust V<br>$10,310,000.00 principal<br>$401,148.31 interest | | | | 10,711,148.31 |
| Account No.<br><br>Integra Capital Trust II<br>c/o The Bank of New York Mellon<br>525 William Penn Place, 38th Floor<br>Pittsburgh, PA 15259 | - | | Representing Integra Capital Trust II<br>$18,557,000.00 principal<br>$1,706,595.83 interest | | | | 20,263,595.83 |
| Account No.<br><br>Integrated Software Solutions, Inc<br>Attn: Customer Account Manager<br>5 Great Valley Parkway, Suite 110<br>Malvern, PA 19355 | - | | Corporate Universe Agreement | X | X | X | 0.00 |
| Account No.<br><br>Jack Henry & Associates, Inc.<br>663 Highway 60<br>Monett, MO 65708 | - | | Master Software License Maintenance and Services Agreement and addendums; Software Licensing Agreement Software Maintenance Agreement and addendums; Software License and Support Agreement and addendums; ACH Processing Services Agreement | X | X | X | 0.00 |

Sheet no. __29__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **52,328,008.21**

B6F (Official Form 6F) (12/07) - Cont.

In re __Integra Bank Corporation_____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| JACQUELINE SYERS DUNCAN 3685 WINDING WOOD LN LEXINGTON, KY 40515-1285 | - | | | | | | 18.70 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| JAMES A. JULIAN 1280 PARLIAMENT LN BIRMINGHAM, AL 35216 | - | | | | | | 0.34 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| JAMES D. FRAVEL, SR BOX 825 EVANSVILLE, IN 47705-0825 | - | | | | | | 42.56 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| JAMES M. STONE RR 1 FORT BRANCH, IN 47648-9801 | - | | | | | | 2.73 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| JAMES R. TRAPP 300 STEPHENSON RD RIPLEY, OH 45167 | - | | | | | | 0.85 |

Sheet no. __30__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                   65.18

B6F (Official Form 6F) (12/07) - Cont.

In re   **Integra Bank Corporation**                                        ,       Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JAMES RENWICK MORROW 528 N PRINCE ST PRINCETON, IN 47670-1732 | - | | | | | | | 18.04 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JAMIE SYERS CROUSE 116 STONE CREEK DR MT STERLING, KY 40353 | - | | | | | | | 7.84 |
| Account No. | | | | Deferred Director Compensation (annual payment of $88,185 begins in 2023 for ten years) | | | | |
| JANICE BEESLEY 1209 VISTA LANE WASHINGTON, IN 47501 | - | | | | | | | 881,850.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JARED LEE GLADISH 620 MAIN STREET TELL CITY, IN 47586 | - | | | | | | | 1.11 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JEAN M. LANCASTER 2106 PARK AVE WASHINGTON, IN 47501 | - | | | | | | | 6.20 |

Sheet no. __**31**__ of __**69**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

881,883.19

B6F (Official Form 6F) (12/07) - Cont.

In re   **Integra Bank Corporation**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JEANINE E. THOMAS TRUSTEE 6612 McCAMBELL CLUSTER CENTREVILLE, VA 20120-3729** | - | | | | | | 0.45 |
| Account No. | | | Engagement Letter (Information Technology Internal Audit Services for 2004-2006); Master Service Agreement; Statement of Work to Provide Information Technology Internal Audit Services to Integra Bank Corporation | X | X | X | |
| **Jefferson Wells International 100 Manpower Pl Milwaukee, WI 53212** | - | | | | | | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JEFFERY W. GATES 2136 SWEETSER AVE EVANSVILLE, IN 47714** | - | | | | | | 5.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JEFFERY W. GATES & WENDY GATES 2136 SWEETSER AVE EVANSVILLE, IN 47714** | - | | | | | | 2.68 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JEFFREY H. GABBARD 517 STEVENSON ROAD ERLANGER, KY 41018** | - | | | | | | 0.11 |

Sheet no. __32__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                      8.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                    ,          Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**JEFFREY RYAN DAVIS**<br>**5709 LINCOLN POINTE BLVD**<br>**EVANSVILLE, IN 47715-6503** | - | | | **Holder of outstanding dividend checks** | | | | 0.72 |
| Account No.<br><br>**JENNIFER D. MEYER**<br>**3125 TOLLGATE RD**<br>**ST LOUIS, MO 63129-3968** | - | | | **Holder of outstanding dividend checks** | | | | 4.33 |
| Account No.<br><br>**JENNIFER D. MEYER & JILL MEYER**<br>**3125 TOLLGATE RD**<br>**ST LOUIS, MO 63129-3968** | - | | | **Holder of outstanding dividend checks** | | | | 1.09 |
| Account No.<br><br>**JILL NICOLE DAVIS**<br>**6844 HOLLY DR**<br>**NEWBURGH, IN 47630-1953** | - | | | **Holder of outstanding dividend checks** | | | | 2.66 |
| Account No.<br><br>**JOHN FRIEND GDN**<br>**C/O FINE & HATFIELD 520 NW 2ND ST**<br>**BOX 77**<br>**EVANSVILLE, IN 47705-0779** | - | | | **Holder of outstanding dividend checks** | | | | 1.44 |

Sheet no. __33__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     10.24

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JOHN P. SCHUERMAN 509 N WALNUT STREET BATESVILLE, IN 47006-1027 | - | | | | | | | 121.10 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JOHN SNEDEGAR PO BOX 56 OWINGSVILLE, KY 40360-0056 | - | | | | | | | 22.85 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JOHN TAYLOR MORROW CUST 7840 WOODRIDGE DRIVE WADESVILLE, IN 47638-9309 | - | | | | | | | 51.72 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| JONAH C. SCHROER 1932 SHERMER RD NORTHBROOK, IL 60062-5320 | - | | | | | | | 123.12 |
| Account No. | | | | Legal services | | | | |
| Jones & Jacobs 77 W Washington St., Suite 2100 Chicago, IL 60602 | - | | | | X | X | X | 0.00 |

Sheet no. __34__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                318.79

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,        Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JOSEPH C. LAWRENCE III 1033 OAKWOOD TRAIL INDIANAPOLIS, IN 46260** | - | | | | | | 3.81 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JOSEPH H. HARRISON 114 HARRISON DRIVE VINCENNES, IN 47591-3708** | - | | | | | | 0.70 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JOSEPH H. HARRISON C/O BOERS HARRISON KENT & MILLER, BOX 12 EVANSVILLE, IN 47706-1287** | - | | | | | | 0.35 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JUDY CAROL GOODAKER 330 HWY 293 N PRINCETON, KY 42445** | - | | | | | | 1.17 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **JULIE W. SHEPHERD 358 US 68 EWING, KY 41039** | - | | | | | | 0.03 |

Sheet no.  __35__  of  __69__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6.06

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation**                                    ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **KARE L. COLE** **885 W COUNTY ROAD 50 S** **VERSAILLES, IN 47042-9185** | | - | | | | | | 0.10 |
| Account No. | | | | Engagement Letters | | | | |
| **Keefe, Bruyette & Woods** **Attn: Daniel D. Floyd** **10 South Wacker Drive, Suite 3400** **Chicago, IL 60606** | | - | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **KEITH JACOBS** **6200 RIVER BLUFF** **NEWBURGH, IN 47630** | | - | | | | | | 47.84 |
| Account No. | | | | Legal services | | | | |
| **Kellam & Pettit** **n/k/a Rogers Townsend & Thomas, PC** **220 Executive Center Drive** **Columbia, SC 29210** | | - | | | X | X | X | 0.00 |
| Account No. | | | | IT programming/consulting | | | | |
| **Keller Schroeder Associates** **4920 Carriage Drive** **Evansville, IN 47715** | | - | | | X | X | X | 0.00 |

Sheet no. __36__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47.94

B6F (Official Form 6F) (12/07) - Cont.

In re __Integra Bank Corporation_____,   Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| KELLY GALLAGHER 833 SOCIETY COURT WOODSTOCK, GA 30188-2479 | | - | | | | | | 20.64 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| KELSEY H. CRISP 816 GRAPEVINE DR PRINCETON, KY 42445-2295 | | - | | | | | | 28.80 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| KENNETH B. AYER 1105 RATLISS CRT BOONVILLE, IN 47601 | | - | | | | | | 1.64 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| KENNETH L. LECOCQ 626 E COUNTY RD 700 S OAKLAND CITY, IN 47660-8958 | | - | | | | | | 4.16 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| KERI SHOUSE 388 BRANTLEY LANE CLAY, KY 42404-9196 | | - | | | | | | 0.02 |

Sheet no. __37__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              55.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation**                                    ,    Case No. _____
_____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Engagement Letter | | | | |
| **Klineman & Associates Attn: Susan B. Klineman 10979 Reed Hartman Highway, Suite 236 Cincinnati, OH 45242** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Mutual Non-Disclosure Agreement; Correspondence and Security Questionnaire | | | | |
| **KraftCPAs PLLC Attn: Tracy L. Thomas, CPA 555 Great Circle Road, Suite 200 Nashville, TN 37228** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **KRISTIN L. BROWN 15 ROYAL ST. APT 1 LEESBURG, VA 20175** | - | | | | | | | 187.05 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **KURT ANDREW COMER 4088 W COUNTY RD 350 N OSGOOD, IN 47037-9810** | - | | | | | | | 42.28 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **LANCE MIGHELL AND TONYA ALTENBERGER 350 BILLINGSLEY LANE BUNCOME, IL 62912** | - | | | | | | | 5.94 |

Sheet no. __38__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                235.27

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                  ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LARRY L. EATON 1077 S CAVE HILL ROAD VERSAILLES, IN 47042-8423 | | - | | | | | 4.48 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LAWRENCE J. VIECK 450 HENDERSON RD VINCENNES, IN 47591-9362 | | - | | | | | 0.88 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LAWRENCE J. VIECK & JANA VIECK 450 HENDERSON RD VINCENNES, IN 47591-9362 | | - | | | | | 0.16 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LEE ANN HARPENAU 11208 W 125TH TER OVERLAND PARK, KS 66213 | | - | | | | | 686.16 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LEEANN JACOBS 6200 RIVER BLUFF NEWBURGH, IN 47630 | | - | | | | | 0.72 |

Sheet no. __39__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     692.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                    ,     Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LEOPOLD DIECK MARKTSTRABE 40 DE-88212 Bad Ravensburg Germany | - | | | | | | 375.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LESLIE PARISH 180 BERNARD ST NEBO, KY 42441 | - | | | | | | 0.02 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LESLIE PARISH & JONATHAN PARISH 180 BERNARD ST NEBO, KY 42441 | - | | | | | | 0.36 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| LESLIE WEIL 3726 S EUCLID BERWYN, IL 60402 | - | | | | | | 10.00 |
| Account No. | | | Supplemental Executive Retirement Plan | | | | |
| LISA TALBOT 25819 BELL ROAD CHANNAHON, IL 60410 | - | | | | | | 60,158.00 |

Sheet no. __40__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      60,543.38

B6F (Official Form 6F) (12/07) - Cont.

In re __**Integra Bank Corporation**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **LISA TSCHIRHART 1906 RIALTO WAY SAN ANTONIO, TX 78230** | - | | | | | | | 58.52 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **LOIS P. JONES & GEORGE F. JONES III 1512 MADISON STREET HENDERSON, KY 42420** | - | | | | | | | 27.80 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **LORI B. WOOD 6466 THORN RIDGE DRIVE HENDERSON, KY 42420-8749** | - | | | | | | | 6.13 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **LORRIS J. BAILEY TRUSTEE 731 W. 6TH STREET BICKNELL, IN 47512-1517** | - | | | | | | | 152.11 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **LOUISE FREDRICKSON 220 19TH ST PACIFIC GROVE, CA 93950-3306** | - | | | | | | | 0.68 |

Sheet no. __**41**__ of __**69**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

245.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| LYN BAILEY PO BOX 356 CADIZ, KY 42211 | | - | | | | | | 0.72 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| MARC A. NEIDIG 2302 HIALEAH DR EVANSVILLE, IN 47715 | | - | | | | | | 16.00 |
| Account No. | | | | Legal services | | | | |
| Marc Wells, Attorney at Law PO Box 644 Princeton, KY 42445 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| MARGARET A. REDWINE 1800 DURLIN RD NEW HARMONY, IN 47631-0296 | | - | | | | | | 0.96 |
| Account No. | | | | Supplemental Executive Retirement Plan | | | | |
| MARGARET CHUNG 242 POWELL STREET CLARENDON HILLS, IL 60514 | | - | | | | | | 55,468.00 |

Sheet no. __42__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

55,485.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                      ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| MARGARET REYNOLDS BOX 66 VIENNA, IL 62995-0066 | | - | | | | | 233.86 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| MARILYN K. ENGELBRECHT 211 E JENNINGS ST NEWBURGH, IN 47630-1434 | | - | | | | | 30.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| MARILYN S. RIFFEY 2055 MONTEREY LN EUGENE, OR 97401-7203 | | - | | | | | 1.02 |
| Account No. | | | Supplemental Executive Retirement Plan | | | | |
| MARK RUSIEWSKI 6725 W FOSTER CHICAGO, IL 60656 | | - | | | | | 166,969.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| MARK SCHMIDT 1940 GRANDVIEW DR JASPER, IN 47546-8182 | | - | | | | | 4.72 |

Sheet no. __43__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

167,238.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** _____ ,   Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **MARK W. TREVOR 1810 OXNARD DRIVE DOWNERS GROVE, IL 60516** | - | | | Supplemental Executive Retirement Plan | | | | 165,379.00 |
| Account No. **Markoff & Krasny 29 North Wacker Drive, Suite 550 Chicago, IL 60606** | - | | | Legal services | X | X | X | 0.00 |
| Account No. **MARLENE A. OBERT 5003 EAST 750 SOUTH FORT BRANCH, IN 47648-9607** | - | | | Holder of outstanding dividend checks | | | | 45.72 |
| Account No. **MARLENE P. BYRD 12593 S JEFFERSON STREET PRINCETON, KY 42445-6053** | - | | | Holder of outstanding dividend checks | | | | 10.20 |
| Account No. **Marshall & Ilsley Corporation 770 N Water Street Milwaukee, WI 53202** | - | | | Trust system | X | X | X | 0.00 |

Sheet no. __44__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **165,434.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **MARY CAROLYN DAMM** **PO BOX 174** **UNIONVILLE, IN 47468** | - | | | | | | | 34.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **MATTHEW S. HARGIS** **1724 2ND AVE #A** **TUSCALOOSA, AL 35401-3506** | - | | | | | | | 0.44 |
| Account No. | | | | ALM validation audit | | | | |
| **McGuire Performance Solutions** **16435 N. Scottsdale Rd, Suite 290** **Scottsdale, AZ 85254** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **MELINDA PAGE** **505 McKENNEY RD** **VINCENNES, IN 47591-5108** | - | | | | | | | 0.40 |
| Account No. | | | | Business Associate Agreement | | | | |
| **Mercer Health & Benefits LLC** **111 Monument Circle, Suite 4300** **Indianapolis, IN 46204** | - | | | | X | X | X | 0.00 |

Sheet no. __45__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                                         34.84

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                      , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Supplemental executive LTD insurance | | | | |
| Met Life PO Box 8500-3895 Philadelphia, PA 19178-3895 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| MICHAEL BRADSHAW 8542 SOUTH MEADE BURBANK, IL 60459 | - | | | | | | | 2.50 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| MICHAEL D. GALLAGHER 415 SOUTHRIDGE WAY ERVIN, TX 75063 | - | | | | | | | 29.60 |
| Account No. | | | | Master Data Processing Agreement Plus System Gateway Services - Sponsored Member and addendums; Master Data Processing Agreement Electronic Benefits Transfer Services Addendum - Acquirer Services and addendums; Master Data Processing Agrmnt | | | | |
| Midwest Payment Systems, Inc. 38 Fountain Square Plaza Cincinnati, OH 45263 | - | | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| MILDRED M. BONICEL & PATSY R. STEELE PO BOX 969 SHOALS, IN 47581-0969 | - | | | | | | | 6.35 |

Sheet no. __46__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                38.45

B6F (Official Form 6F) (12/07) - Cont.

In re __Integra Bank Corporation__ _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Minnesota Life Insurance Company**<br>**400 Robert Street North**<br>**St. Paul, MN 55101-2098** | - | | Marketing and Administration Agreement; Direct Enrollment Marketing Agreement; Direct Enrollment Agreement; Group Insurance Policy, Policy # 1770-T; Group Insurance Policies; Application to Participate in Trust; Client Level Administration | X | X | X | 0.00 |
| Account No.<br><br>**MYRA M. KOPPLIN**<br>**4417 VINTAGE WAY**<br>**GARLAND, TX 75042** | - | | Holder of outstanding dividend checks | | | | 20.00 |
| Account No.<br><br>**NANCY O'DOWD**<br>**16761 SWIFT ARROW DR**<br>**LOCKPORT, IL 60441** | - | | Supplemental Executive Retirement Plan | | | | 57,461.00 |
| Account No.<br><br>**NCP**<br>**5200 East Lake Boulevard**<br>**Birmingham, AL 35217** | - | | Loan coupon provider | X | X | X | 0.00 |
| Account No.<br><br>**Neely Law Firm**<br>**1001 Market Street**<br>**Metropolis, IL 62960** | - | | Legal services | X | X | X | 0.00 |

Sheet no. __47__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

57,481.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                    , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **NELSON GAY** **2593 E COUNTY RD 150 N** **MILAN, IN 47031-9012** | | - | | | | | | 0.47 |
| Account No. | | | | Professional services | | | | |
| Newport Group **300 International Pkwy Ste 270** **Heathrow, FL 32746** | | - | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **NINA R. OST** **2390 N GETTY'S CREEK RD** **BLOOMINGTON, IN 47408-9621** | | - | | | | | | 21.65 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **NOAH N. SCHROER** **1932 SHERMER RD** **NORTHBROOK, IL 60062-5320** | | - | | | | | | 1.71 |
| Account No. | | | | Voice/data services | | | | |
| Norlight **A.E. Cinelli Technology Center** **3701 Communications Way** **Evansville, IN 47715** | | - | | | X | X | X | 0.00 |

Sheet no. __48__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          23.83

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                            ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **NORMA STAVER & DAVID STAVER 448 N MAIN BRIDGEPORT, IL 62417-1526** | - | | | | | | 5.71 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **NORMAN E. STEVENS 7818 S 38 E FORT BRANCH, IN 47648-8005** | - | | | | | | 0.06 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **NORMAN E. STEVENS & CAROLYN R STEVENS 7818 S 38 E FORT BRANCH, IN 47648-8005** | - | | | | | | 1.08 |
| Account No. | | | Non-Disclosure Agreement; Notification Services Agreement | | | | |
| **Notification Systems, Inc. Attn: Mr. Pentel 1650 W. 82nd St. #700 Bloomington, MN 55431** | - | | | X | X | X | 0.00 |
| Account No. | | | Printer maintenance | | | | |
| **Office Ware 11401 Bluegrass Parkway Louisville, KY 40299** | - | | | X | X | X | 0.00 |

Sheet no. __49__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6.85

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation**                                    ,    Case No. _____

                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Lockbox equipment maintenance; Non-Disclosure Agreement | | | | |
| **Opex Corporation** **305 Commerce Drive** **Moorestown, NJ 08057-4234** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **PATRICE A. PARSONS** **2410 SHANNON STREET** **WASHINGTON, IN 47501** | - | | | | | | | |
| | | | | | | | | 4.08 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **PATRICK J. SEIL** **130 W NORTH STREET** **GRAYVILLE, IL 62844** | - | | | | | | | |
| | | | | | | | | 22.58 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **PAUL P. MICHAEL** **5230 E 800 S** **MONTGOMERY, IN 47558-5390** | - | | | | | | | |
| | | | | | | | | 11.61 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **PAULA ELLIOTT** **632 W WRIGHTWOOD AVE #4E** **CHICAGO, IL 60614-2587** | - | | | | | | | |
| | | | | | | | | 2.21 |

Sheet no. __50__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40.48

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                              ,      Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **PAULA HALLER CUSTODIAN 9939 CHATODD COURT EVANSVILLE, IN 47712-9137** | - | | | | | | 2.40 |
| Account No. | | | Use / Permissions Agreement | | | | |
| Penguin Group, (USA) Inc. Permission Department 375 Hudson Street New York, NY 10014 | - | | | X | X | X | 0.00 |
| Account No. | | | Formal Proposal; Maintenance Agreement | | | | |
| Phoenix Imaging & Office Products LLC 1415 N. Royal Ave., Suite A Evansville, IN 47715 | - | | | X | X | X | 0.00 |
| Account No. | | | Collection of charged off loans | | | | |
| Pinnacle Financial Group, Inc. 7825 Washington Avenue S Minneapolis, MN 55439 | - | | | X | X | X | 0.00 |
| Account No. | | | Shred provider for special projects | | | | |
| Piranha Mobile Shredding 1724 W. Franklin St. Evansville, IN 47712 | - | | | X | X | X | 0.00 |

Sheet no. __51__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      2.40

B6F (Official Form 6F) (12/07) - Cont.

In re __Integra Bank Corporation__ , Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Equipment maintenance | | | | |
| Pitney Bowes 1 Elmcroft Road Stamford, CT 06926-0700 | | - | | X | X | X | 0.00 |
| Account No. | | | Equipment Lease | | | | |
| Pitney Bowes Credit Corporation 2225 American Drive Neenah, WI 54956 | | - | | X | X | X | 0.00 |
| Account No. | | | Plus System, Inc. Application/Agreement for Sponsored Membership | | | | |
| Plus System, Inc. 6400 S Fiddlers Green Circle Englewood, CO 80111 | | - | | X | X | X | 0.00 |
| Account No. | | | Engagement Letter | | | | |
| PriceWaterhouse Coopers LLP 1441 Brickell Avenue, Suite 1100 Miami, FL 33131 | | - | | X | X | X | 0.00 |
| Account No. | | | Engagement Letters | | | | |
| PriceWaterhouse Coopers LLP 214 N. Tyron Street, Suite 3600 Charlotte, NC 28202 | | - | | X | X | X | 0.00 |

Sheet no. __52__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  0.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                    ,        Case No. _____
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Engagement Letter | | | | |
| PriceWaterhouse Coopers LLP 100 East Broad Street, Suite 2100 Columbus, OH 43215 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Engagement Letter | | | | |
| PriceWaterhouse Coopers LLP 10 Tenth Street Suite 1400 Atlanta, GA 30309-3851 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Engagement Letter and amendments | | | | |
| PriceWaterhouse Coopers LLP 1000 Morgan Keegan Tower 50 N. Front Street Memphis, TN 38103 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Remote deposit capture and check collect | | | | |
| Profit Stars (Jack Henry) 1025 Central Expressway South Dallas, TX 75013-2790 | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Services Subscription Agreement; Non-Disclosure Agreements; lockbox remittance | | | | |
| Pulse Computer Systems, Inc. Attn: Integra Bank Lock Box 420 N.W. Fifth Street, PO Box 1253 Evansville, IN 47706-1253 | - | | | X | X | X | |
| | | | | | | | 0.00 |

Sheet no. __53__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Subscription service for CDs | | | | |
| **Quick Rate of IL LLC** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **RALPH W. KEITH 8959 W HINDS RD BLOOMINGTON, IN 47403-9570** | - | | | | | | | |
| | | | | | | | | 46.97 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **RALPH W. KEITH & AGNES B. KEITH 8959 W HINDS RD BLOOMINGTON, IN 47403-9570** | - | | | | | | | |
| | | | | | | | | 46.97 |
| Account No. | | | | Professional services | | | | |
| **Raymond James Financial Services 123 NW 4th Street, Suite 505 Evansville, IN 47708** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Group life and LTD insurance | | | | |
| **Reliance Standard Life Insurance Company 2001 Market Street, Suite 1500 Philadelphia, PA 19103-7090** | - | | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __54__ of __69__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)        **93.94**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re　**Integra Bank Corporation**　　　　　　　　　　　, 　　Case No. _____

　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Gifts for HPC | | | | |
| **Rennhack Marketing Services Inc.** **752 Port America Place, Suite 300** **Grapevine, TX 76051** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Holder of outstanding dividend checks | | | | |
| **RICHARD BURTON** **306 HILL DR** **BEDFORD, IN 47421** | - | | | | | | | | 7.59 |
| Account No. | | | | | Holder of outstanding dividend checks | | | | |
| **ROBERT HARRIS** **BOX 217** **PETERSBURG, IN 47567** | - | | | | | | | | 72.48 |
| Account No. | | | | | Independent programmer | | | | |
| **Ron Bowman** **PO Box 263** **Pea Ridge AK 72751** | - | | | | | X | X | X | 0.00 |
| Account No. | | | | | Holder of outstanding dividend checks | | | | |
| **RONALD B. SMALL** **5371 S MONROE SCHOOL RD** **MONROE CITY, IN 47557-7079** | - | | | | | | | | 13.52 |

Sheet no. __55__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　93.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation** ,                    Case No. _____
                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **RONALD B. SMALL & CAROLYN J. SMALL 5371 S MONROE SCHOOL RD MONROE CITY, IN 47557-7079** | - | | | | | | 7.23 |
| Account No. | | | Engagement Letter | | | | |
| **Rudolph, Fine, Porter & Johnson, LLP PO Box 1507 Evansville, IN 47706-1507** | - | | | X | X | X | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **RYAN WILLIAM HOKE 7810 S DIANA DR CARLISLE, IN 47838-8323** | - | | | | | | 62.16 |
| Account No. | | | Legal services | | | | |
| **Salyers & Buechler PSC 6200 Dutchmans Ln, Ste 204 Louisville, KY 40205** | - | | | X | X | X | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **SANDRA A. SIEBERT 110 E 34TH ST JASPER, IN 47546-1046** | - | | | | | | 0.10 |

Sheet no. __56__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                         69.49

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| SARA B. BENJAMIN 3046 MERRILL AVE CLEARWATER, FL 33759 | - | | | | | | 0.26 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| SARA FOLZ STERNE TRUSTEE 28 JOHNSON PL EVANSVILLE, IN 47714-1606 | - | | | | | | 0.39 |
| Account No. | | | Loan Guaranty Agreement (Deferred Participation) and supplements | | | | |
| SBA 681 Industrial Blvd London, KY 40741 | - | | | X | X | X | 0.00 |
| Account No. | | | Insurance agent; procure and manage Integra's policies | | | | |
| Schultheis Insurance 32 North Weinbach Avenue Evansville, IN 47711 | - | | | X | X | X | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| SCOTT K. NEFF 412 S. MADONNA SANTA CLAUS, IN 47579 | - | | | | | | 0.30 |

Sheet no. **57** of **69** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                0.95

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation**                                            ,    Case No. _____
                                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| SCOTT K. NEFF & JENNIFER P. NEFF 412 S. MADONNA SANTA CLAUS, IN 47579 | - | | | | | | 1.60 |
| Account No. | | | Legal services | | | | |
| Scully Law Office PC 7220 West 194th Street, Suite 108 Tinley Park, IL 60487 | - | | | X | X | X | 0.00 |
| Account No. | | | Legal services | | | | |
| Shapiro, Van Ess, Phillips & Barragate, 4805 Montgomery Road Norwood, OH 45212 | - | | | X | X | X | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| SHELLY S. MILLER 172 CAMBRIDGE WAY CAMPBELLSVILLE, KY 42718-8999 | - | | | | | | 0.57 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| SHELLY S. MILLER CUSTODIAN 172 CAMBRIDGE WAY CAMPBELLSVILLE, KY 42718-8999 | - | | | | | | 0.57 |

Sheet no. __58__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 2.74

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** ,                    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Purchase of printed supplies | | | | |
| **Smith & Butterfield** **2800 Lynch Road** **Evansville, IN 47711** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **SMITH D. BROADBENT, III** **485 BROADBENT RD** **CADIZ, KY 42211** | | - | | | | | | |
| | | | | | | | | 257.40 |
| Account No. | | | | Deferred Director Compensation (monthly payment of $500 through June 2013) | | | | |
| **SMITH D. BROADBENT, III** **485 BROADBENT RD** **CADIZ, KY 42211** | | - | | | | | | |
| | | | | | | | | 11,500.00 |
| Account No. | | | | IRWebLink Services Agreement | | | | |
| **SNL Financial LC** **212 7th Street NE** **Charlottesville, VA 22902** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |
| Account No. | | | | Statement of Work for Integra Bank and amendments; Non-Disclosure Agreement | | | | |
| **Solutionary, Inc.** **9420 Underwood Ave., Third Floor** **Omaha, NE 68114** | | - | | | X | X | X | |
| | | | | | | | | 0.00 |

Sheet no. __59__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,757.40

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** , Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| SONDRA S. HARRIS BOX 217 PETERSBURG, IN 47567 | | - | | | | | | 16.40 |
| Account No. | | | | Client Agreement | | | | |
| Sonitrol of Evansville 208 NW Third Evansville, IN 47708-1234 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| SONYA RANEA PRIDE 1224 N GILES ST STURGIS, KY 42459 | | - | | | | | | 0.31 |
| Account No. | | | | Flood Zone Determination Agreement; Non-Disclosure Agreements | | | | |
| Southwest Financial Services, Ltd. Attn: General Counsel 537 E Pete Rose Way, Suite 300 Cincinnati, OH 45202 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Legal services | | | | |
| Statman Harris & Eyrich LLC 3700 Carew Tower, 441 Vine Street Cincinnati, OH 45202 | | - | | | X | X | X | 0.00 |

Sheet no. __60__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **16.71**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Integra Bank Corporation**                                                    ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STEVEN KOEHNE**<br>**7395 N GREEN MEADOWS EST**<br>**FAIRLAND, IN 46126** | - | | Holder of outstanding dividend checks | | | | 39.96 |
| Account No.<br><br>**Stites & Harbison PLLC**<br>**323 East Court Avenue**<br>**Jeffersonville, IN 47130** | - | | Legal services | X | X | X | 0.00 |
| Account No.<br><br>**Strauss & Troy**<br>**150 E Fourth Street**<br>**Cincinnati, OH 45202** | - | | Legal services | X | X | X | 0.00 |
| Account No.<br><br>**Sungard**<br>**PO Box 91233**<br>**Chicago, IL 60693** | - | | IT services | X | X | X | 0.00 |
| Account No.<br><br>**SUSAN E. WILKIE**<br>**8638 PETERSBURG RD**<br>**EVANSVILLE, IN 47711-1469** | - | | Holder of outstanding dividend checks | | | | 4.40 |

Sheet no. __61__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    44.36

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation**                                    Case No. _____
                                                                  ,
                                     Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**SUSAN MARIE CANE**<br>**335 SAILFISH DR**<br>**ATLANTIC BEACH, FL 32233-4130** | | - | | Holder of outstanding dividend checks | | | | 0.26 |
| Account No.<br><br>**Taft Stettinius & Hollister LLP**<br>**425 Walnut Street, Ste 1800**<br>**Cincinnati, OH 45202-3957** | | - | | Legal services | X | X | X | 0.00 |
| Account No.<br><br>**TAMARA SUE LECOCQ**<br>**626 E. COUNTY ROAD 700 S**<br>**OAKLAND CITY, IN 47660-8958** | | - | | Holder of outstanding dividend checks | | | | 57.33 |
| Account No.<br><br>**The Delves Group**<br>**Donald P. Delves**<br>**10 LaSalle Street, Suite 1450**<br>**Chicago, IL 60603** | | - | | Services Agreement | X | X | X | 0.00 |
| Account No.<br><br>**THE J. RUSSELL GILLILAND TR**<br>**844 BATTERY LN APT 130**<br>**NASHVILLE, TN 37220** | | - | | Holder of outstanding dividend checks | | | | 312.84 |

Sheet no. __62__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    370.43

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**The Newport Group**<br>**300 International Parkway, Suite 270**<br>**Heathrow, FL 32746** | | - | Investment Policy Statement | X | X | X | 0.00 |
| Account No.<br><br>**The Realty Group, LLC**<br>**Attn: Wayne Ellis**<br>**5625 Pearl Dr., Suite 101**<br>**Evansville, IN 47712** | | - | Realtor services | X | X | X | 0.00 |
| Account No.<br><br>**The Ultimate Software Group, Inc.**<br>**Attn: General Counsel**<br>**2000 Ultimate Way**<br>**Weston, FL 33326** | | - | Consulting Services Agreement; Intersourcing Service Model Agreement | X | X | X | 0.00 |
| Account No.<br><br>**THERESA L. TRETTER**<br>**655 PEBBLE BEACH DRIVE**<br>**HUNTINGBURG, IN 47542-9237** | | - | Holder of outstanding dividend checks | | | | 3.87 |
| Account No.<br><br>**Thomas & Thorngren, Inc.**<br>**One Vantage Way, Suite A105**<br>**PO Box 280100**<br>**Nashville, TN 37228** | | - | Thomas and Thorngren, Inc., Unemployment Cost Control Service Agreements | X | X | X | 0.00 |

Sheet no. __63__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **3.87**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation** ,          Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| THOMAS J. JOHNSON 501 E MEADE EVANSVILLE, IN 47715 | | - | | | | | | 13.96 |
| Account No. | | | | Legal services | | | | |
| Thomson Legal & Regulatory, Inc. d/b/a RIA 395 Hudson Street New York, NY 10014 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Sales Agreement | | | | |
| Thomson Professional and Regulatory, Inc 117 East Stevens Ave. Valhalla, NY 10595-1264 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Onesource trust tax | | | | |
| Thomson Reuters 3 Times Square New York, NY 10036 | | - | | | X | X | X | 0.00 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| TODD DANIEL LANCASTER 2106 PARK AVE WASHINGTON, IN 47501 | | - | | | | | | 4.72 |

Sheet no. __64__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18.68

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,        Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **TODD GREENWELL** **2950 N RIDGEL PATH** **HENDERSON, KY 42420-2237** | - | | | | | | | 5.54 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **TODD J MILES** **1731 ANDOVER LN SE** **GRAND RAPIDS, MI 49506** | - | | | | | | | 452.52 |
| Account No. | | | | Holder of outstanding dividend checks | | | | |
| **TOM FULTON** **1202 FLORA AVE** **RIPLEY, OH 45167-9618** | - | | | | | | | 3.40 |
| Account No. | | | | Amended Operating Agreement of Total Title Services, LLC | | | | |
| **Total Title Services, LLC** **19 NW 4th Street, Suite 500** **Evansville, IN 47708** | - | | | | X | X | X | 0.00 |
| Account No. | | | | Real estate title insurance, closing and related title services | | | | |
| **Tri-State Title & Closing Services, LLC** **Attn: Gregory A. Kahre** **19 N.W. Fourth Street, Suite 500** **Evansville, IN 47708** | - | | | | X | X | X | 0.00 |

Sheet no. __65__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          461.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                         ,       Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.  <br><br>**TTA Research & Guidance <br>PO Box 71687 <br>Chicago, IL 60694-1687** | - | | | Tax and accounting services | X | X | X | <br><br><br>0.00 |
| Account No.  <br><br>**U.S. BANC:source, Inc. <br>Neil Scott <br>1030 Market St. <br>Henderson, KY 04240** | - | | | Non-Disclosure Agreement | X | X | X | <br><br><br>0.00 |
| Account No.  <br><br>**US Transnet <br>728 Fentress Blvd <br>Daytona Beach, FL 32114** | - | | | Independent Contractor Service Agreement | X | X | X | <br><br><br>0.00 |
| Account No.  <br><br>**Verisign <br>PO Box 840849 <br>Dallas, TX 75284-0849** | - | | | Online communication and commerce services | X | X | X | <br><br><br>0.00 |
| Account No.  <br><br>**VICTORIA P.NIENABER & STEPHEN <br>C. NIENABE <br>122 W MAIN <br>NEWBURGH, IN 47630-112** | - | | | Holder of outstanding dividend checks | | | | <br><br><br>0.68 |

Sheet no. __66__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                0.68

B6F (Official Form 6F) (12/07) - Cont.

In re    **Integra Bank Corporation** _____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | SEC filings and financial printing; compliance package order form | | | | |
| **Vintage Filings**<br>**150 West 46th Street, 6th Floor**<br>**New York, NY 10036** | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Facilities management | | | | |
| **Viox**<br>**15 West Voorhees Street**<br>**Cincinnati, OH 45215** | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| **VIRGINIA STONE**<br>**RR #1**<br>**FORT BRANCH, IN 47648-9801** | - | | | | | | |
| | | | | | | | 4.08 |
| Account No. | | | Vision service providers | | | | |
| **VSP**<br>**PO Box 997100**<br>**Sacramento, CA 95899** | - | | | X | X | X | |
| | | | | | | | 0.00 |
| Account No. | | | Supplemental Executive Retirement Plan | | | | |
| **WADE C. ALEXA**<br>**9000 S KNOX**<br>**HOMETOWN, IL 60456** | - | | | | | | |
| | | | | | | | 73,951.00 |

Sheet no. __67__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **73,955.08**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Integra Bank Corporation**                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| WARREN EVANS & FRANCES W. EVANS 2019 N ERIN CT HUNTINGBURG, IN 47542 | - | | | | | | 119.16 |
| Account No. | | | Legal services | | | | |
| Weltman, Weinberg & Reis Co., L.P.A. 323 W. Lakeside Avenue, Suite 200 Cleveland, OH 44113 | - | | | X | X | X | 0.00 |
| Account No. | | | Legal services | | | | |
| Wetheril Law Office LLP 215 Main Street Rockport, IN 47635 | - | | | X | X | X | 0.00 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| WHITNEY TODD EDDINGS 2704 STANWOOD AVE JACKSONVILLE, FL 32207 | - | | | | | | 1.94 |
| Account No. | | | Holder of outstanding dividend checks | | | | |
| WILLIAM KEITH OMER 2020 N THOMAS AVE EVANSVILLE, IN 47711 | - | | | | | | 1.70 |

Sheet no. __68__ of __69__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               122.80

B6F (Official Form 6F) (12/07) - Cont.

In re **Integra Bank Corporation** ,                                         Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Holder of outstanding dividend checks | | | | |
| WILLIAM P. DUNLANY JR 1724 ASHLEY HALL RD APT L CHARLESTON, SC 29407 | - | | | | | | 1.96 |
| Account No. | | | Food services | | | | |
| Winkler 1108 N Fulton Ave Evansville, IN 47710 | - | | | X | X | X | 0.00 |
| Account No. | | | Legal services | | | | |
| Wolfenson & Burke LTD 9501 W 144th Pl, Suite 200 Orland Park, IL 60462 | - | | | X | X | X | 0.00 |
| Account No. | | | Realtor services | | | | |
| Worldwide Mortgage Group, LLC Attn: Wayne Ellis 6200 East Columbia St. Evansville, IN 47715 | - | | | X | X | X | 0.00 |
| Account No. | | | Insurance services | | | | |
| Zurich 8734 Paysphere Circle Chicago, IL 60674 | - | | | X | X | X | 0.00 |

Sheet no. __69__ of __69__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1.96

Total
(Report on Summary of Schedules)    106,639,329.77

B6G (Official Form 6G) (12/07)

.

In re **Integra Bank Corporation**        Case No. _____

                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **A & S Electric**<br>**1918 W. Franklin St.**<br>**Evansville, IN 47712** | **Electrical/cabling services** |
| **A T & T**<br>**One A T & T Way**<br>**Bedminster, NJ 07921-0752** | **Voice and data communications** |
| **ACI**<br>**6060 Coventry Drive**<br>**Elkhorn, NE 68022-6482** | **Commercial internet banking services** |
| **ACI Worldwide Corp.**<br>**Jeffrey S. Hall**<br>**320 Nevada Street**<br>**Newton, MA 02460** | **Financial Network Services And License Agreement** |
| **ACOM Solutions**<br>**2850 E. 29th Street**<br>**Corporate Headquarters**<br>**Long Beach, CA 90806-2313** | **Software/hardware to laser print documents** |
| **Acom Solutions, Inc.**<br>**Marisel Jones**<br>**2455 Meadowbrook Pkwy NW**<br>**Duluth, GA 30096** | **Solution Purchase Agreement** |
| **Affinity Solutions, Inc.**<br>**Attn: Jonathan Silver, President & CEO**<br>**333 Seventh Avenue, 18th Floor**<br>**New York, NY 10001** | **Mutual Non-Disclosure Agreement** |
| **AFLAC**<br>**1932 Wynnton Road**<br>**Columbus, GA 31998** | **Supplemental insurance** |
| **Allied Solutions**<br>**1320 City Center Drive, Suite 300**<br>**Carmel, IN 46032** | **Credit life, health, disability insurance** |
| **American Underwriters Life Insurance Com**<br>**PO Box 9510**<br>**Wichita, KS 67277-9510** | **BOLI corporate policies; Universal Life Policy No. U1010396 (AUL)** |

**14**

____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **Integra Bank Corporation**                                          ,        Case No. _____

                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Aquracy.com Corporation**<br>**Dwight T. Martin**<br>**135 Gemini Circle, Suite 204**<br>**Birmingham, AL 35209** | **Aqurit Software License Agreement** |
| **AT&T Indiana**<br>**220 North Meridian**<br>**Indianapolis, IN 46204** | **Pricing Schedule for AT&T ILEC Services;**<br>**Agreement for AT&T ILEC Services** |
| **Automatic Data Processing, Inc.**<br>**Investor Communications Services**<br>**51 Mercedes Way**<br>**Edgewood, NY 11717** | **ADP StreetLink Service Agreement** |
| **Baden Tax Management LLC**<br>**165 West Wieuca Road, Suite 209**<br>**Atlanta, GA 30342** | **Non-Disclosure Agreement** |
| **Baker & Daniels LLP**<br>**David C. Worrell**<br>**300 N. Meridian Street, Suite 2700**<br>**Indianapolis, IN 46204** | **Tax Sharing Agreement** |
| **Berbee Information Networks Corporation**<br>**Douglas L. Bobo**<br>**11711 North Meridian Street, Suite 225**<br>**Carmel, IN 46032** | **Non-Disclosure Agreement** |
| **BKD, LLP**<br>**501 N. Broadway, Suite 600**<br>**St. Louis, MO 63102-2102** | **Engagement; Non-Disclosure Agreements** |
| **Black McCuskey Souers & Arbaugh, LPA**<br>**220 Market Ave. S, Suite 1000**<br>**Canton, OH 44702** | **Legal services** |
| **Bloomberg**<br>**PO Box 30244**<br>**Hartford, CT 06150-0244** | **Financial services** |
| **Bowe Bell & Howell**<br>**Barbara Ratts**<br>**3791 S. Alton Ave.**<br>**Durham, NC 27713** | **Non-Disclosure Agreement** |
| **Bowers Harrison, LLP**<br>**25 N.W. Riverside Drive, 2nd Floor**<br>**Evansville, IN 47708** | **Letter of Engagement** |
| **Broadridge Financial Solutions, Inc.**<br>**Broadridge Investor Comm Solutions**<br>**51 Mercedes Way**<br>**Edgewood, NY 11717** | **Services Agreement (Share Link)** |

Sheet   __1__   of   __14__   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **BVS Performance Systems**<br>**4060 Glass Road NE**<br>**Cedar Rapids, IA 52402** | **Training Plus License Agreement** |
| **CATHERINE N. WEBB**<br>**25275 CARNOUSTIE COURT**<br>**BONITA SPRINGS, FL 34135** | **Supplemental Executive Retirement Plan** |
| **Ceridian Corporation**<br>**3311 East Old Shakopee Road**<br>**Minneapolis, MN 55425** | **Agreement for Products and Services; Amendment to Agreement for Products and Services** |
| **Charles Schwab Trust Company**<br>**211 Main Street, 14th Floor**<br>**San Francisco, CA 94105** | **Schwab Stable Value Fund Participation Agreement** |
| **Chase**<br>**Kentucky Market**<br>**PO Box 260180**<br>**Baton Rouge, LA 70826-0180** | **Banking services** |
| **Chase Manhattan Mortgage Corporation**<br>**343 Thornell Avenue**<br>**Edison, NJ 08837** | **Correspondent Origination and Sales Agreement; Delegated Underwriting Addendum to Correspondent Origination and Sales Agreement; Third party origination rider (to Correspondent Origination and Sales Agreement)** |
| **Cintas Document Management**<br>**f/k/a ITC Image Technology Corp** | **Image of loan and deposit documentation** |
| **Corporate Bank Transit of Kentucky, Inc.**<br>**415 N. McKinley, Suite 850**<br>**Little Rock, AR 72205** | **Bank / Courier Agreement** |
| **Courier Express, Inc.**<br>**PO Box 36**<br>**Owensboro, KY 42302** | **Transportation Services Agreement** |
| **Cushman & Wakefield, Inc.**<br>**Valuation Services, Advisory Group**<br>**51 West 52nd Street**<br>**New York, NY 10019** | **Engagement Letter** |
| **Darling Consulting Group, Inc,**<br>**260 Merrimac Street**<br>**Newburyport, MA 01950** | **Asset / Liability Management Independent Model Validation Services; Confidentiality Agreement** |
| **Data Mail, Inc.**<br>**1014 Main Street**<br>**Evansville, IN 47708** | **Mail pick up** |

Sheet __**2**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Integra Bank Corporation**                                    , Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **DataScan Technologies, LLC**<br>**5925 Cabot Parkway**<br>**Alpharetta, GA 30005** | **Audit Agreement; License Agreement** |
| **Deluxe Financial Services**<br>**3680 Victoria Street North**<br>**Shoreview, MN 55126-2966** | **Check ordering service** |
| **Delves Group**<br>**10 South LaSalle Suite 1450**<br>**Chicago, IL 60603** | **Compensation consultation** |
| **Depository Trust & Clearing Corporation**<br>**55 Water Street**<br>**Attn: General Counsel**<br>**New York, NY 10041** | **Clear and settle securities for brokers** |
| **Diebold**<br>**5995 Mayfair Road**<br>**PO Box 3077**<br>**North Canton, OH 44720-8077** | **Maintenance services for ATM and banking center equipment** |
| **Diebold, Inc.**<br>**Ed Calhoun**<br>**6050 Wedeking Ave. Bldg. #6**<br>**Evansville, IN 47715** | **Maintenance Contract** |
| **Dinsmore & Shohl LLP**<br>**101 South Fifth Street, Suite 2500**<br>**Louisville, KY 40202** | **Legal services** |
| **Dinsmore & Shohl LLP**<br>**Sterling W. Colvin**<br>**255 East Fifth Street, Suite 1900**<br>**Cincinnati, OH 45202** | **Engagement** |
| **Directors Desk, LLC**<br>**Adam Ross**<br>**1 Liberty Plaza**<br>**New York, NY 10006** | **Master Services Agreement** |
| **Dynamex Inc**<br>**5429 LBJ Freeway, Suite 1000**<br>**Dallas, TX 75240** | **Courier service** |
| **EARN**<br>**c/o The Company Corporation**<br>**2711 Centerville Road, Suite 400**<br>**Wilmington, DE 19808** | **Large return item notification service** |
| **Econocheck Corporation**<br>**3 Gresham Landing**<br>**Stockbridge, GA 30281** | **AD&D insurance provider** |

Sheet __3__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                    Case No. _____

_____,
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ELLIS WENDELL ARMES**<br>**BOX 87**<br>**HARDINSBURG, KY 40143** | **Director's Deferred Compensation Agreement** |
| **ePlus Group**<br>**PO Box 8500-5270**<br>**Philadelphia, PA 19178-5270** | **IT hardware services** |
| **ePlus, inc.**<br>**13595 Dulles Technology Drive**<br>**Herndon, VA 20171-3413** | **Master Lease Agreement No. INC104 and schedules thereto; Promissory Note (on lease schedule no. 100); Promissory Note (on lease schedule no. 104); Promissory Note (on lease schedule no. 105); Promissory Note (on lease schedule no. 106); Promissory Note (on lease schedule no. 107); Purchase Agreement; Modification No. 1 to Master Lease Agreement No. INC104; Security Agreement (Chattel Mortgage & Assignment of Lease); Notice of Assignment; Assignment of Right to the Purchase** |
| **ESTATE OF ROBERT VINCENT**<br>**C/O THOMAS VINCENT**<br>**PO BOX 1732**<br>**VINCENNES, IN 47591** | **Director Deferred Compensation Agreements** |
| **ESTATE OF ROBERT VINCENT**<br>**C/O VICTORIA PEARL**<br>**11 ASHCRAFT PLACE**<br>**WEST LAFAYETTE, IN 47906** | **Director Deferred Compensation Agreements** |
| **Fidelity National Information Services,**<br>**601 Riverside Avenue**<br>**Jacksonville, FL 32204** | **Bill payment system** |
| **Fidelity Regulatory Solutions**<br>**PO Box 5828**<br>**Hicksville, NY 11802-5828** | **Regulatory reporting to Federal Reserve** |
| **First Tennessee**<br>**165 Madison Ave**<br>**Memphis, TN 38103** | **Bond Accounting** |
| **Fiserv Output Solutions**<br>**f/k/a Personix**<br>**2307 Directors Row**<br>**Indianapolis, IN 46241** | **Tax forms processing** |
| **Fiserv, Inc.**<br>**255 Fiserv Drive**<br>**Brookfield, WI 53045** | **Comprehensive Banking System License and Service Agreement, Agreement No. 3800050; Addendum Nos. 1 through 20; Software Maintenance Agreement No. 3800050.01 and amendments thereto; Non-Disclosure Agreement** |

Sheet __4__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re   **Integra Bank Corporation**                                              Case No. _____
                                                                          ,
                                         Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **FRANK WALLACE**<br>**4121 ROYAL OAK DR**<br>**NEW ALBANY, IN 47150** | **Director's Deferred Compensation Agreement** |
| **Fultz Maddox Hovious & Dickens PLC**<br>**101 South Fifth Street, 27th Floor**<br>**Louisville, KY 40202-3116** | **Legal services** |
| **G3 Technology Partners**<br>**PO Box 11588**<br>**Lock Box A11**<br>**Fort Wayne, IN 46859-1588** | **Professional services** |
| **Georgeson, Inc.**<br>**Attn: Sean P. O'Hara**<br>**199 Water Street 26th Floor**<br>**New York, NY 10038** | **Letter of Agreement (re soliciting proxies for shareholder meeting)** |
| **Goldleaf / Jack Henry**<br>**1025 Central Expressway South**<br>**Dallas, TX 75013-2790** | **Spoolview software support** |
| **Graydon Head & Ritchey LLP**<br>**1900 Fifth Third Center**<br>**511 Walnut Street**<br>**Cincinnati, OH 45202** | **Legal services** |
| **Haberfeld Associates**<br>**206 S. 13th, Suite 1500**<br>**Lincoln, NE 68508** | **Direct mail service; Agreement accepting formal proposal for High Performance Checking Account Marketing Program** |
| **Harding, Shymanski & Company, P.S.C.**<br>**21 SE Third Street, Suite 500**<br>**Evansville, IN 47735-3677** | **Understanding of Services re Employees' 401(k); Engagement Letter (Integra Bank Corporation Employees' 401(k) Plan)** |
| **Harland Financial Solutions, Inc.**<br>**fka Concentrex Inc fka CFI Pro Services**<br>**605 Crescent Executive Court, Suite 600**<br>**Lake Mary, FL 32746** | **Harland Financial Solutions, Inc. Order Request and addendums** |
| **Harlin Parker Attorneys at Law**<br>**Attn: Mark D. Alcott**<br>**519 East Tenth Street, PO Box 390**<br>**Bowling Green, KY 42102** | **Engagement Letter** |
| **Hartford Life Insurance**<br>**500 Bielenberg Drive**<br>**Woodbury, MN 55125** | **BOLI corporate policies** |
| **Hauselman, Rappin & Olswang Ltd.**<br>**39 S LaSalle Street, Ste 1105**<br>**Chicago, IL 60603** | **Legal services** |

Sheet   **5**   of   **14**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Integra Bank Corporation**                                   ,     Case No. _____
                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Health Resources**<br>**PO Box 15660**<br>**Evansville, IN 47716-0660** | **Dental insurance** |
| **Howard, Leggans, Piercy & Howard, LLP**<br>**1008 Main, PO Box 1810**<br>**Mount Vernon, IL 62864** | **Legal services** |
| **HUB International Financial Services**<br>**Attn: Dottie Shepperd**<br>**265 Parkway Blvd, Suite 100**<br>**Coppell, TX 75019** | **Management and Services Agreement** |
| **Hudson Office Solutions**<br>**PO Box 482**<br>**Washington, IN 47501** | **Office supplies** |
| **IBM**<br>**PO BOX 643600**<br>**Pittsburgh, PA 15264-3600** | **iSeries hardware/e-mail spam and anti-virus; disaster recovery services** |
| **IBM Corporation**<br>**BCRS Contract Operations**<br>**PO Box 700**<br>**Suffern, NY 10901-0700** | **Multivendor Information Technology Recovery Services (Agreement HQ12291 and Agreement HQ129991) IBM Customer Agreement Attachment for Multivendor Information Technology Recovery Services and amendments; Supplement for Multivendor Information Technology Recovery Services and attachments and supplements; Addendum for Customer Owned Equipment - Hot Node Floor Space to IBM Customer Agreement** |
| **IBM Corporation**<br>**600 Anton Blvd, Ste 300**<br>**Costa Mesa, CA 92626** | **IBM Agreement for Exchange of Confidential Information** |
| **IBM Corporation**<br>**4111 Northside Parkway**<br>**Atlanta, GA 30327** | **Statement of Work for Services** |
| **IKON Financial Services**<br>**PO Box 9115**<br>**Macon, GA 31208-9115** | **Lease Agreement** |
| **IKON Office Solutions, Inc.**<br>**PO Box 802815**<br>**Chicago, IL 60680-2815** | **Professional services** |
| **IKON Office Solutions, Inc.**<br>**9400 Bunsen Pkwy, Suite 200**<br>**Louisville, KY 40220** | **Master Maintenance & Sale Agreement; Maintenance Services / Professional Services Agreement** |

Sheet __**6**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                    ,    Case No. _____
                                                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Image Technology Corporation**<br>**Attn: Donald Byers**<br>**2850 S. Lynhurst Drive**<br>**Indianapolis, IN 46241-5658** | **Master Services Agreement** |
| **InfoManager, Inc.**<br>**2535 E. Southlake Blvd., Suite 250**<br>**Southlake, TX 76092** | **Consulting Agreement** |
| **Informa Research Services, Inc.**<br>**26565 Agoura Road, Suite 300**<br>**Calabasas, CA 91302-1942** | **Letter Agreement; Letter Amendment** |
| **Integrated Software Solutions, Inc.**<br>**Attn: Customer Account Manager**<br>**5 Great Valley Parkway, Suite 110**<br>**Malvern, PA 19355** | **Corporate Universe Agreement** |
| **Jack Henry & Associates, Inc.**<br>**663 Highway 60**<br>**Monett, MO 65708** | **Master Software License Maintenance and Services Agreement and addendums; Software Licensing Agreement Software Maintenance Agreement and addendums; Software License and Support Agreement and addendums; ACH Processing Services Agreement and addendums; Contract Modification** |
| **JANICE BEESLEY**<br>**1209 VISTA LANE**<br>**WASHINGTON, IN 47501** | **Deferred Director Compensation Joinder Agreement** |
| **Jefferson Wells International**<br>**100 Manpower Pl**<br>**Milwaukee, WI 53212** | **Engagement Letter (Information Technology Internal Audit Services for 2004-2006); Master Service Agreement; Statement of Work to Provide Information Technology Internal Audit Services to Integra Bank Corporation** |
| **Jones & Jacobs**<br>**77 W Washington St., Suite 2100**<br>**Chicago, IL 60602** | **Legal services** |
| **Keefe, Bruyette & Woods**<br>**Attn: Daniel D. Floyd**<br>**10 South Wacker Drive, Suite 3400**<br>**Chicago, IL 60606** | **Engagement Letters** |
| **Kellam & Pettit**<br>**n/k/a Rogers Townsend & Thomas, PC**<br>**220 Executive Center Drive**<br>**Columbia, SC 29210** | **Legal services** |
| **Keller Schroeder Associates**<br>**4920 Carriage Drive**<br>**Evansville, IN 47715** | **IT programming/consulting** |

Sheet __7__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                    ,    Case No. _____

                                           Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Klineman & Associates**<br>**Attn: Susan B. Klineman**<br>**10979 Reed Hartman Highway, Suite 236**<br>**Cincinnati, OH 45242** | **Engagement Letter** |
| **KraftCPAs PLLC**<br>**Attn: Tracy L. Thomas, CPA**<br>**555 Great Circle Road, Suite 200**<br>**Nashville, TN 37228** | **Mutual Non-Disclosure Agreement;**<br>**Correspondence and Security Questionnaire** |
| **LISA TALBOT**<br>**25819 BELL ROAD**<br>**CHANNAHON, IL 60410** | **Supplemental Executive Retirement Plan** |
| **Marc Wells, Attorney at Law**<br>**PO Box 644**<br>**Princeton, KY 42445** | **Legal services** |
| **MARGARET CHUNG**<br>**242 POWELL STREET**<br>**CLARENDON HILLS, IL 60514** | **Supplemental Executive Retirement Plan** |
| **MARK RUSIEWSKI**<br>**6725 W FOSTER**<br>**CHICAGO, IL 60656** | **Supplemental Executive Retirement Plan** |
| **MARK W. TREVOR**<br>**1810 OXNARD DRIVE**<br>**DOWNERS GROVE, IL 60516** | **Supplemental Executive Retirement Plan** |
| **Markoff & Krasny**<br>**29 North Wacker Drive, Suite 550**<br>**Chicago, IL 60606** | **Legal services** |
| **Marshall & Ilsley Corporation**<br>**770 N Water Street**<br>**Milwaukee, WI 53202** | **Trust system** |
| **McGuire Performance Solutions**<br>**16435 N. Scottsdale Rd, Suite 290**<br>**Scottsdale, AZ 85254** | **ALM validation audit** |
| **Mercer Health & Benefits LLC**<br>**111 Monument Circle, Suite 4300**<br>**Indianapolis, IN 46204** | **Business Associate Agreement** |
| **Met Life**<br>**PO Box 8500-3895**<br>**Philadelphia, PA 19178-3895** | **Supplemental executive LTD insurance** |

Sheet __**8**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re  **Integra Bank Corporation**                                   Case No. _____

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Midwest Payment Systems, Inc.**<br>**38 Fountain Square Plaza**<br>**Cincinnati, OH 45263** | **Master Data Processing Agreement Plus System Gateway Services - Sponsored Member and addendums; Master Data Processing Agreement Electronic Benefits Transfer Services Addendum - Acquirer Services and addendums; Master Data Processing Agreement MasterCard Debit Card Program Services and addendums** |
| **Minnesota Life Insurance Company**<br>**400 Robert Street North**<br>**St. Paul, MN 55101-2098** | **Marketing and Administration Agreement; Direct Enrollment Marketing Agreement; Direct Enrollment Agreement; Group Insurance Policy, Policy # 1770-T; Group Insurance Policies; Application to Participate in Trust; Client Level Administration Agreement and amendments** |
| **NANCY O'DOWD**<br>**16761 SWIFT ARROW DR**<br>**LOCKPORT, IL 60441** | **Supplemental Executive Retirement Plan** |
| **NCP**<br>**5200 East Lake Boulevard**<br>**Birmingham, AL 35217** | **Loan coupon provider** |
| **Neely Law Firm**<br>**1001 Market Street**<br>**Metropolis, IL 62960** | **Legal services** |
| **Newport Group**<br>**300 International Pkwy Ste 270**<br>**Heathrow, FL 32746** | **Professional services** |
| **Norlight**<br>**A.E. Cinelli Technology Center**<br>**3701 Communications Way**<br>**Evansville, IN 47715** | **Voice/data services** |
| **Notification Systems, Inc.**<br>**Attn: Mr. Pentel**<br>**1650 W. 82nd St. #700**<br>**Bloomington, MN 55431** | **Non-Disclosure Agreement; Notification Services Agreement** |
| **Office Ware**<br>**11401 Bluegrass Parkway**<br>**Louisville, KY 40299** | **Printer maintenance** |
| **Opex Corporation**<br>**305 Commerce Drive**<br>**Moorestown, NJ 08057-4234** | **Lockbox equipment maintenance; Non-Disclosure Agreement** |
| **Penguin Group, (USA)  Inc.**<br>**Permission Department**<br>**375 Hudson Street**<br>**New York, NY 10014** | **Use / Permissions Agreement** |

Sheet __9__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                  ,    Case No. _____

_____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Phoenix Imaging & Office Products LLC**<br>**1415 N. Royal Ave., Suite A**<br>**Evansville, IN 47715** | **Formal Proposal; Maintenance Agreement** |
| **Pinnacle Financial Group, Inc.**<br>**7825 Washington Avenue S**<br>**Minneapolis, MN 55439** | **Collection of charged off loans** |
| **Piranha Mobile Shredding**<br>**1724 W. Franklin St.**<br>**Evansville, IN 47712** | **Shred provider for special projects** |
| **Pitney Bowes**<br>**1 Elmcroft Road**<br>**Stamford, CT 06926-0700** | **Equipment maintenance** |
| **Pitney Bowes Credit Corporation**<br>**2225 American Drive**<br>**Neenah, WI 54956** | **Equipment Lease** |
| **Plus System, Inc.**<br>**6400 S Fiddlers Green Circle**<br>**Englewood, CO 80111** | **Plus System, Inc. Application/Agreement for Sponsored Membership** |
| **PriceWaterhouse Coopers LLP**<br>**1441 Brickell Avenue, Suite 1100**<br>**Miami, FL 33131** | **Engagement Letter** |
| **PriceWaterhouse Coopers LLP**<br>**214 N. Tyron Street, Suite 3600**<br>**Charlotte, NC 28202** | **Engagement Letters** |
| **PriceWaterhouse Coopers LLP**<br>**100 East Broad Street, Suite 2100**<br>**Columbus, OH 43215** | **Engagement Letter** |
| **PriceWaterhouse Coopers LLP**<br>**10 Tenth Street Suite 1400**<br>**Atlanta, GA 30309-3851** | **Engagement Letter** |
| **PriceWaterhouse Coopers LLP**<br>**1000 Morgan Keegan Tower**<br>**50 N. Front Street**<br>**Memphis, TN 38103** | **Engagement Letter and amendments** |
| **Profit Stars**<br>**(Jack Henry)**<br>**1025 Central Expressway South**<br>**Dallas, TX 75013-2790** | **Remote deposit capture and check collect** |

Sheet __**10**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                  Best Case Bankruptcy

In re    **Integra Bank Corporation**                                    Case No. _____

_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Pulse Computer Systems, Inc.**<br>**Attn: Integra Bank Lock Box**<br>**420 N.W. Fifth Street, PO Box 1253**<br>**Evansville, IN 47706-1253** | **Services Subscription Agreement; Non-Disclosure Agreements; lockbox remittance** |
| **Quick Rate of IL LLC** | **Subscription service for CDs** |
| **Raymond James Financial Services**<br>**123 NW 4th Street, Suite 505**<br>**Evansville, IN 47708** | **Professional services** |
| **Reliance Standard Life Insurance Company**<br>**2001 Market Street, Suite 1500**<br>**Philadelphia, PA 19103-7090** | **Group life and LTD insurance** |
| **Rennhack Marketing Services Inc.**<br>**752 Port America Place, Suite 300**<br>**Grapevine, TX 76051** | **Gifts for HPC** |
| **Ron Bowman**<br>**PO Box 263**<br>**Pea Ridge AK 72751** | **Independent programmer** |
| **Rudolph, Fine, Porter & Johnson, LLP**<br>**PO Box 1507**<br>**Evansville, IN 47706-1507** | **Engagement Letter** |
| **Salyers & Buechler PSC**<br>**6200 Dutchmans Ln, Ste 204**<br>**Louisville, KY 40205** | **Legal services** |
| **SBA**<br>**681 Industrial Blvd**<br>**London, KY 40741** | **Loan Guaranty Agreement (Deferred Participation) and supplements** |
| **Schultheis Insurance**<br>**32 North Weinbach Avenue**<br>**Evansville, IN 47711** | **Insurance agent; procure and manage Integra's policies** |
| **Scully Law Office PC**<br>**7220 West 194th Street, Suite 108**<br>**Tinley Park, IL 60487** | **Legal services** |
| **Shapiro, Van Ess, Phillips & Barragate,**<br>**4805 Montgomery Road**<br>**Norwood, OH 45212** | **Legal services** |
| **Smith & Butterfield**<br>**2800 Lynch Road**<br>**Evansville, IN 47711** | **Purchase of printed supplies** |

Sheet __11__ of __14__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                        ,    Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **SMITH D. BROADBENT, III**<br>**485 BROADBENT RD**<br>**CADIZ, KY 42211** | **Director's Compensation Agreement** |
| **SNL Financial LC**<br>**212 7th Street NE**<br>**Charlottesville, VA 22902** | **IRWebLink Services Agreement** |
| **Solutionary, Inc.**<br>**9420 Underwood Ave., Third Floor**<br>**Omaha, NE 68114** | **Statement of Work for Integra Bank and amendments; Non-Disclosure Agreement** |
| **Sonitrol of Evansville**<br>**208 NW Third**<br>**Evansville, IN 47708-1234** | **Client Agreement** |
| **Southwest Financial Services, Ltd.**<br>**Attn: General Counsel**<br>**537 E Pete Rose Way, Suite 300**<br>**Cincinnati, OH 45202** | **Flood Zone Determination Agreement; Non-Disclosure Agreements** |
| **Statman Harris & Eyrich LLC**<br>**3700 Carew Tower, 441 Vine Street**<br>**Cincinnati, OH 45202** | **Legal services** |
| **Stites & Harbison PLLC**<br>**323 East Court Avenue**<br>**Jeffersonville, IN 47130** | **Legal services** |
| **Strauss & Troy**<br>**150 E Fourth Street**<br>**Cincinnati, OH 45202** | **Legal services** |
| **Sungard**<br>**PO Box 91233**<br>**Chicago, IL 60693** | **IT services** |
| **Taft Stettinius & Hollister LLP**<br>**425 Walnut Street, Ste 1800**<br>**Cincinnati, OH 45202-3957** | **Legal services** |
| **The Delves Group**<br>**Donald P. Delves**<br>**10 LaSalle Street, Suite 1450**<br>**Chicago, IL 60603** | **Services Agreement** |
| **The Newport Group**<br>**300 International Parkway, Suite 270**<br>**Heathrow, FL 32746** | **Investment Policy Statement** |

Sheet __**12**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re    **Integra Bank Corporation**                                          ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **The Realty Group, LLC**<br>**Attn: Wayne Ellis**<br>**5625 Pearl Dr., Suite 101**<br>**Evansville, IN 47712** | **Realtor services** |
| **The Ultimate Software Group, Inc.**<br>**Attn: General Counsel**<br>**2000 Ultimate Way**<br>**Weston, FL 33326** | **Consulting Services Agreement; Intersourcing Service Model Agreement** |
| **Thomas & Thorngren, Inc.**<br>**One Vantage Way, Suite A105**<br>**PO Box 280100**<br>**Nashville, TN 37228** | **Thomas and Thorngren, Inc., Unemployment Cost Control Service Agreements** |
| **Thomson Legal & Regulatory, Inc.**<br>**d/b/a RIA**<br>**395 Hudson Street**<br>**New York, NY 10014** | **Legal services** |
| **Thomson Professional and Regulatory, Inc**<br>**117 East Stevens Ave.**<br>**Valhalla, NY 10595-1264** | **Sales Agreement** |
| **Thomson Reuters**<br>**3 Times Square**<br>**New York, NY 10036** | **Onesource trust tax** |
| **Total Title Services, LLC**<br>**19 NW 4th Street, Suite 500**<br>**Evansville, IN 47708** | **Amended Operating Agreement of Total Title Services, LLC** |
| **Tri-State Title & Closing Services, LLC**<br>**Attn: Gregory A. Kahre**<br>**19 N.W. Fourth Street, Suite 500**<br>**Evansville, IN 47708** | **Real estate title insurance, closing and related title services** |
| **TTA Research & Guidance**<br>**PO Box 71687**<br>**Chicago, IL 60694-1687** | **Tax and accounting services** |
| **U.S. BANC:source, Inc.**<br>**Neil Scott**<br>**1030 Market St.**<br>**Henderson, KY 04240** | **Non-Disclosure Agreement** |
| **US Transnet**<br>**728 Fentress Blvd**<br>**Daytona Beach, FL 32114** | **Independent Contractor Service Agreement** |
| **Verisign**<br>**PO Box 840849**<br>**Dallas, TX 75284-0849** | **Online communication and commerce services** |

Sheet __**13**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                    Case No. _____

_____,
                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Vintage Filings**<br>**150 West 46th Street, 6th Floor**<br>**New York, NY 10036** | **SEC filings and financial printing; compliance package order form** |
| **Viox**<br>**15 West Voorhees Street**<br>**Cincinnati, OH 45215** | **Facilities management** |
| **VSP**<br>**PO Box 997100**<br>**Sacramento, CA 95899** | **Vision services providers** |
| **WADE C. ALEXA**<br>**9000 S KNOX**<br>**HOMETOWN, IL 60456** | **Supplemental Executive Retirement Plan** |
| **Weltman, Weinberg & Reis Co., L.P.A.**<br>**323 W. Lakeside Avenue, Suite 200**<br>**Cleveland, OH 44113** | **Legal services** |
| **Wetheril Law Office LLP**<br>**215 Main Street**<br>**Rockport, IN 47635** | **Legal services** |
| **Winkler**<br>**1108 N Fulton Ave**<br>**Evansville, IN 47710** | **Food services** |
| **Wolfenson & Burke LTD**<br>**9501 W 144th Pl, Suite 200**<br>**Orland Park, IL 60462** | **Legal services** |
| **Worldwide Mortgage Group, LLC**<br>**Attn: Wayne Ellis**<br>**6200 East Columbia St.**<br>**Evansville, IN 47715** | **Realtor services** |
| **Zurich**<br>**8734 Paysphere Circle**<br>**Chicago, IL 60674** | **Insurance services** |

Sheet __**14**__ of __**14**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Integra Bank Corporation**                                    Case No.    _____

                                    Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### Attachment A

In identifying which executory contracts and unexpired leases were properly includible in Schedule G, the Debtor identified all executory contracts and unexpired leases in which (i) Integra Bank Corporation (the "Debtor") was a named party, or (ii) the contract or lease was executed on behalf of "Integra Bank," and the Debtor made a payment on the contract or lease within the two year period prior to the filing of the Debtor's bankruptcy petition, thereby indicating that the obligation was that of the Debtor and not the subsidiary bank.

Unless the Debtor had concrete evidence of an obligation of the Debtor under the contract or lease, each contract or lease included in Schedule G is also listed on Schedule F as an unsecured, nonpriority creditor with a $0.00 disputed, contingent, and unliquidated claim.

B6H (Official Form 6H) (12/07)

In re    **Integra Bank Corporation**                                          ,    Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Indiana

In re  **Integra Bank Corporation**

Debtor(s)

Case No.

Chapter  **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman and Chief Executive Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __96__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____July 30, 2011_____

Signature _____

Michael J. Alley
**Chairman and Chief Executive Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Indiana

In re    **Integra Bank Corporation**                                              Case No.

Debtor(s)                            Chapter        **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   AMOUNT                          SOURCE

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   AMOUNT                          SOURCE
   **$14,175.00**                  **Portion earned from deferred income from gain on the sale of the 9th floor of the main office tower from Integra Bank Corporation to Integra Bank N.A. Gain from $1,750,000 purchase price over the $1,227,374.57 net book value deferred over remaining life ($2,025 per month until June 15, 2032).**

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Arnold & Porter<br>555 Twelfth Street NW<br>Washington, DC 20004-1206 | 5/11/11<br>6/14/11<br>7/18/11<br>7/18/11<br>7/26/11 | $97,081.27 | $0.00 |
| Daniel T. Wolfe<br>1717 E. Margaret Drive<br>Terre Haute, IN 47802 | 6/27/11<br>7/26/11 | $9,433.00 | $0.00 |
| Dr. H. Ray Hoops<br>100 NW First Street, Unit #505<br>Evansville, IN 47708 | 6/27/11<br>7/26/11 | $8,533.00 | $0.00 |
| Richard M. Stivers<br>9901 Browning Road<br>Evansville, IN 47725 | 6/27/11<br>7/26/11 | $8,533.00 | $0.00 |
| Robert L. Goocher<br>6755 River Ridge Drive<br>Newburgh, IN 47630 | 6/27/11<br>7/26/11 | $9,467.00 | $0.00 |
| The Delves Group LLC<br>10 South LaSalle Street, Suite 1450<br>Chicago, IL 60603 | 5/9/11 | $8,750.00 | $0.00 |
| Thomas W. Miller<br>271 W. Short Street, Suite 600<br>c/o Security Trust Building<br>Lexington, KY 40507-1215 | 5/26/11<br>6/27/11<br>7/26/11 | $8,865.64 | $0.00 |
| Integra Bank N.A.<br>21 SE Third Street<br>Evansville, IN 47708 | 5/31/11<br>6/3/11<br>6/6/11<br>6/17/11<br>6/21/11<br>6/29/11<br>7/22/11<br>7/26/11<br>7/29/11 | $252,051.78 | $54,686.83 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Baker & Daniels LLP**<br>**600 E. 96th Street, Suite 600**<br>**PO Box 664091**<br>**Indianapolis, IN 46266** | **5/26/11** | **$50,000.00** | **$0.00** |

None
☐

   c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Brian Ward**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$30,000.00** | **$0.00** |
| **Christopher Rutledge**<br>**3400 Robin Place**<br>**Evansville, IN 47720**<br>   **Former Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$25,000.00** | **$0.00** |
| **Amy Drake**<br>**2644 Reinford Drive**<br>**Newburgh, IN 47630**<br>   **Former Officer of the Bank (Debtor affiliate)** | **12/31/10** | **$30,000.00** | **$0.00** |
| **James Niestradt**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$25,000.00** | **$0.00** |
| **Roger Reeves**<br>**5149 Reddington Court**<br>**Dublin, OH 43017**<br>   **Former Officer of the Bank (Debtor affiliate)** | **12/10/10** | **$25,000.00** | **$0.00** |
| **W. Elaine Furnish**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$20,000.00** | **$0.00** |
| **Kim Mayo**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$20,000.00** | **$0.00** |
| **Kathi Nickel**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$18,000.00** | **$0.00** |
| **Kevin Canterbury**<br>**805 Lemay Drive**<br>**Evansville, IN 47712**<br>   **Former Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$18,000.00** | **$0.00** |
| **Bradley Miller**<br>**2656 S 6th Street**<br>**Vincennes, IN 47591**<br>   **Former Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$17,000.00** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Grant Olds**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$15,000.00** | **$0.00** |
| **Jo Ann Lauderdale**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11** | **$15,000.00** | **$0.00** |
| **Robert L. Goocher**<br>**6755 River Ridge Drive**<br>**Newburgh, IN 47630**<br>   **Director** | **9/20/10**<br>**12/29/10**<br>**3/11/11**<br>**3/11/11**<br>**3/30/11**<br>**6/27/11**<br>**7/26/11** | **$33,372.36** | **$0.00** |
| **Dr. H. Ray Hoops**<br>**100 NW First Street, Unit #505**<br>**Evansville, IN 47708**<br>   **Director** | **9/20/10**<br>**11/19/10**<br>**12/29/10**<br>**3/30/11**<br>**6/27/11**<br>**7/26/11** | **$31,681.60** | **$0.00** |
| **Thomas W. Miller**<br>**271 W. Short Street, Suite 600**<br>**c/o Security Trust Building**<br>**Lexington, KY 40507**<br>   **Director** | **9/3/10**<br>**9/20/10**<br>**11/10/10**<br>**12/3/10**<br>**12/8/10**<br>**12/8/10**<br>**12/29/10**<br>**12/31/10**<br>**1/24/11**<br>**2/25/11**<br>**2/25/11**<br>**3/30/11**<br>**3/30/11**<br>**5/26/11**<br>**6/27/11**<br>**7/26/11** | **$35,351.61** | **$0.00** |
| **Richard M. Stivers**<br>**9901 Browing Road**<br>**Evansville, IN 47725**<br>   **Director** | **9/20/10**<br>**11/19/10**<br>**11/19/10**<br>**12/29/10**<br>**3/30/11**<br>**6/27/11**<br>**7/26/11** | **$34,196.17** | **$0.00** |
| **Wayne S. Trockman**<br>**823 Greengate Ct**<br>**Evansville, IN 47715**<br>   **Director** | **12/29/10**<br>**3/30/11**<br>**6/27/11** | **$16,900.00** | **$0.00** |
| **Daniel T. Wolfe**<br>**1717 E. Margaret Drive**<br>**Terre Haute, IN 47802**<br>   **Director** | **9/20/10**<br>**12/29/10**<br>**3/30/11**<br>**6/27/11**<br>**7/26/11** | **$31,483.00** | **$0.00** |

5

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Integra Bank Corporation and Integra Bank, N.A. vs Fidelity and Deposit Company of Maryland, Case No. 3:11-cv-00019-RLY-WGH** | **Declaratory judgment and breach of contract** | **U.S. District Court, Southern District of Indiana, Evansville Division** | **Case filed 2/11/11; pending** |

None
■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Baker & Daniels, LLP** | **2/17/11** | **$5,652.50** |
| **600 E. 96th Street, Suite 600** | **3/7/11** | **$7,224.00** |
| **Indianapolis, IN 46240** | **4/13/11** | **$22,175.93** |
| | **4/28/11** | **$74,694.99** |
| | **5/31/11** | **$50,000.00 retainer** |
| | **6/6/11** | **$13,876.15** |
| | **7/5/11** | **$6,646.81** |
| | **7/25/11** | **$3,673.50** |
| | **7/29/11** | **$20,935.53** |

### 10. Other transfers

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| **Integra Bank N.A.** | **12/23/10** | **Sold 9th floor of main office tower to Bank for $1,750,000, which was then pushed back down to the Bank in a capital infusion.** |
| **21 SE Third Street** | | |
| **Evansville, IN 47708** | | |
| **Subsidiary** | | |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

7

### 11. Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Integra Bank N.A.**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **DDA 17607603 (Bank group health insurance)**<br>**$1,397.21** | **$1,397.21 transferred to Bank on 2/18/11** |
| **Integra Bank N.A.**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **DDA 17609385 (expense reimbursement account)**<br>**$8,622.72** | **$8,622.72 transferred to Bank on 2/18/11** |
| **Integra Bank N.A.**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **DDA 17610870 (ACH expense disbursement account)**<br>**$0** | **$0 transferred to Bank on 2/18/11** |
| **Integra Bank N.A.**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **DDA 7800726155 (HRA contributions account)**<br>**$888.19** | **$888.19 transferred to Bank on 2/18/11** |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Integra Bank N.A. | 35-0298512 | 21 SE Third Street Evansville, IN 47708 | Commercial bank | May 1985 - present |
| Integra Reinsurance Company LTD | 98-0376793 | 21 SE Third Street Evansville, IN 47708 | Reinsurance company | May 2003 - present |
| Integra Capital Trust II | 52-7200954 | 21 SE Third Street Evansville, IN 47708 | Trust preferred securities | July 2001 - present |
| Integra Capital Statutory Trust III | 30-6069675 | 21 SE Third Street Evansville, IN 47708 | Trust preferred securities | June 2003 - present |
| Integra Capital Statutory Trust IV | 51-6586265 | 21 SE Third Street Evansville, IN 47708 | Trust preferred securities | April 2007 - present |
| Integra Capital Statutory Trust V | 20-7233230 | 21 SE Third Street Evansville, IN 47708 | Trust preferred securities | April 2007 - present |

None
    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Martin M. Zorn 21 SE Third Street Evansville, IN 47708 | March 2001 - November 2009 |
| Michael B. Carroll 21 SE Third Street Evansville, IN 47708 | May 2002 - present |
| Jo Ann Lauderdale 21 SE Third Street Evansville, IN 47708 | October 1988 - present |

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Crowe Horwath LLP | 9600 Brownsboro Road, Suite 400 PO Box 22649 Louisville, KY 40252-0649 | 2007 - May 2011 |

None □  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Accounting Dept Personnel & Exec Mgmt** | **Integra Bank N.A.**<br>**21 SE Third Street**<br>**Evansville, IN 47708** |

None □  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Federal Reserve of St. Louis**<br>**PO Box 442**<br>**Saint Louis, MO 63166** | **FRY-9C for quarters ended 3/31/09 through present**<br>**FRY-9LP for quarters ended 3/31/09 through present** |
| **Securities and Exchange Commission**<br>**100 F Street, NE**<br>**Washington, DC 20549** | **10Q for quarters ended 3/31/09 - present**<br>**10K for years ended 12/31/09 - present**<br>**8K for quarters ended 3/31/09 - present** |

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None □  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Robert L. Goocher**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **Less than 1%** |
| **Dr. H. Ray Hoops**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **Less than 1%** |
| **Thomas W. Miller**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **Less than 1%** |
| **Richard M. Stivers**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **Less than 1%** |

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Daniel T. Wolfe**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **Less than 1%** |
| **Michael J. Alley**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Chairman & Chief Executive Officer** | **Less than 1%** |
| **Michael B. Carroll**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Chief Financial Officer** | **Less than 1%** |
| **John W. Key**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Executive Vice President** | **Less than 1%** |
| **Roger M. Duncan**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Executive Vice President** | **Less than 1%** |

---

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
☐

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Sandra Berry**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **May 19, 2010** |
| **Wayne S. Trockman**<br>**21 SE Third Street**<br>**Evansville, IN 47708** | **Director** | **April 28, 2011** |

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Brian Ward**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$30,000.00** |
| **Christopher Rutledge**<br>**3400 Robin Place**<br>**Evansville, IN 47720**<br>   **Former Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$25,000.00** |
| **Amy Drake**<br>**2644 Reinford Drive**<br>**Newburgh, IN 47630**<br>   **Former Officer of the Bank (Debtor affiliate)** | **12/31/10**<br>**Retention bonus** | **$30,000.00** |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **James Niestradt**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$25,000.00** |
| **Roger Reeves**<br>**5149 Reddington Court**<br>**Dublin, OH 43017**<br>   **Former Officer of the Bank (Debtor affiliate)** | **12/10/10**<br>**Retention bonus** | **$25,000.00** |
| **W. Elaine Furnish**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$20,000.00** |
| **Kim Mayo**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$20,000.00** |
| **Kathi Nickel**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$18,000.00** |
| **Kevin Canterbury**<br>**805 Lemay Drive**<br>**Evansville, IN 47712**<br>   **Former Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$18,000.00** |
| **Bradley Miller**<br>**2656 S 6th Street**<br>**Vincennes, IN 47591**<br>   **Former Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$17,000.00** |
| **Grant Olds**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$15,000.00** |
| **Jo Ann Lauderdale**<br>**21 SE Third Street**<br>**Evansville, IN 47708**<br>   **Officer of the Bank (Debtor affiliate)** | **1/7/11**<br>**Retention bonus** | **$15,000.00** |
| **Robert L. Goocher**<br>**6755 River Ridge Drive**<br>**Newburgh, IN 47630**<br>   **Director** | **9/20/10**<br>**12/29/10**<br>**3/11/11**<br>**3/11/11**<br>**3/30/11**<br>**6/27/11**<br>**6/18/11**<br>**7/26/11**<br>**Director fees** | **$33,391.08** |
| **Dr. H. Ray Hoops**<br>**100 NW First Street, Unit #505**<br>**Evansville, IN 47708**<br>   **Director** | **9/20/10**<br>**11/19/10**<br>**12/29/10**<br>**3/30/11**<br>**6/27/11**<br>**4/16/11**<br>**7/26/11**<br>**Director fees** | **$31,738.20** |

13

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Thomas W. Miller**<br>**271 W. Short Street, Suite 600**<br>**c/o Security Trust Building**<br>**Lexington, KY 40507**<br>    **Director** | **9/3/10**<br>**9/20/10**<br>**11/10/10**<br>**12/3/10**<br>**12/8/10**<br>**12/8/10**<br>**12/29/10**<br>**12/31/10**<br>**1/24/11**<br>**2/25/11**<br>**2/25/11**<br>**3/30/11**<br>**3/30/11**<br>**4/16/11**<br>**5/26/11**<br>**6/27/11**<br>**7/26/11**<br>**Director fees** | **$35,408.21** |
| **Richard M. Stivers**<br>**9901 Browning Road**<br>**Evansville, IN 47725**<br>    **Director** | **9/20/10**<br>**11/19/10**<br>**11/19/10**<br>**12/29/10**<br>**3/30/11**<br>**4/16/11**<br>**6/27/11**<br>**7/26/11**<br>**Director fees** | **$34,252.77** |
| **Wayne S. Trockman**<br>**823 Greengate Ct**<br>**Evansville, IN 47715**<br>    **Director** | **12/29/10**<br>**3/30/11**<br>**6/27/11**<br>**Director fees** | **$16,900.00** |
| **Daniel T. Wolfe**<br>**1717 E. Margaret Drive**<br>**Terre Haute, IN 47802**<br>    **Director** | **9/20/10**<br>**12/29/10**<br>**3/30/11**<br>**4/16/11**<br>**6/27/11**<br>**7/26/11**<br>**Director fees** | **$31,539.60** |

---

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION
**Integra Bank Corporation**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**35-1632155**

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

B7 (Official Form 7) (04/10)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date     July 30, 2011            Signature

                                                            **Michael J. Alley**
                                                            **Chairman and Chief Executive Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **Integra Bank Corporation** _____   Case No. _____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS
### Attachment A

**Question 23**

The distributions given to the parties designated as "Officers of the Bank" represent retention bonuses paid by Integra Bank, N.A. (the "Bank") and reimbursed by Integra Bank Corporation (the "Debtor"). Payment of the retention bonuses was an obligation of the Debtor pursuant to an agreement between the Bank and the Debtor. The Office of the Comptroller of Currency (the "OCC") was made aware of the payment of the retention bonuses, although the Bank was not required to obtain advance approval from the OCC at the time the bonuses were paid.

These distributions are properly includible in question 23, as the Officers of the Bank are insiders of the subsidiary Bank. 11 U.S.C. § 101(31)(E).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRA BANK CORPORATION, | ) | Case No. 11- |
| | ) | |
| Debtor. | ) | |

**BAKER & DANIELS LLP'S DISCLOSURE OF COMPENSATION UNDER
11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)**

   I certify that I am one of the attorneys for the above-named debtor and a member

of the firm of Baker & Daniels LLP, and that compensation paid or agreed to be paid to Baker &

Daniels LLP for services rendered or to be rendered on behalf of the debtor or in connection with

this case under Title 11 of the United States Bankruptcy Code, such payment or agreement

having been made after one year before the date of filing of the petition, is as follows:

   1.  The above-captioned debtor ("Debtor") has paid Baker & Daniels LLP

$154,879.41[1] during the year preceding the filing of this chapter 7 case as compensation for

services rendered and expenses incurred by Baker & Daniels LLP in connection with Debtor's

restructuring efforts and preparation for the filing of this chapter 7 case.

   2.  Debtor has also provided Baker & Daniels LLP with a retainer in the

amount of $50,000.00 on May 31, 2011, with the fees and advancements allowed by the Court to

be applied against such retainer under such terms and conditions as may be sought by Baker &

Daniels LLP or imposed by the Court.

---

[1] Baker & Daniels LLP began to advise and counsel Debtor on restructuring and bankruptcy issues in November, 2010, but did not open a separate billing matter to capture that time exclusively until December, 2010. The November charges related to bankruptcy and restructuring counseling would have been less than $2,500.

3.    The source of compensation agreed to be paid is the retainer described above and assets of Debtor.

4.    Baker & Daniels LLP has not agreed to share this compensation with any other person.

Respectfully submitted,

BAKER & DANIELS LLP

By:   /s/ Jay Jaffe

Jay Jaffe (#5037-98)                    *Counsel for the Debtor and Debtor-in-Possession*
Wendy W. Ponader (#14633-49)
Baker & Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240
Telephone: (317) 569-4687
Facsimile: (317) 569-4800
jay.jaffe@bakerd.com
wendy.ponader@bakerd.com

**United States Bankruptcy Court**
**Southern District of Indiana**

In re    **Integra Bank Corporation** _____    Case No. _____
                                     Debtor(s)                 Chapter    **7**  _____

## VERIFICATION OF CREDITOR MATRIX

I, the Chairman and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    July 30, 2011 _____

Michael J. Alley/Chairman and Chief Executive Officer
Signer/Title

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

A & S Electric
1918 W. Franklin St.
Evansville, IN 47712


A T & T
One A T & T Way
Bedminster, NJ 07921-0752


ACI
6060 Coventry Drive
Elkhorn, NE 68022-6482


ACI Worldwide Corp.
Jeffrey S. Hall
320 Nevada Street
Newton, MA 02460


ACOM Solutions
2850 E. 29th Street
Corporate Headquarters
Long Beach, CA 90806-2313


Acom Solutions, Inc.
Marisel Jones
2455 Meadowbrook Pkwy NW
Duluth, GA 30096


ADAM R RUST
2113 E GUM
EVANSVILLE, IN 47714


Affinity Solutions, Inc.
Attn: Jonathan Silver, President & CEO
333 Seventh Avenue, 18th Floor
New York, NY 10001


AFLAC
1932 Wynnton Road
Columbus, GA 31998


Allied Solutions
1320 City Center Drive, Suite 300
Carmel, IN 46032


American Underwriters Life Insurance Com
PO Box 9510
Wichita, KS 67277-9510

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


ANNA RAMSEY LITTLEPAGE
6200 RIVER BLUFF DR
NEWBURGH, IN 47630-8852


ANNABELLE BUSCH
5510 N US 421
OSGOOD, IN 47037


ANNE B. RUSSELL
500 SAYRE DRIVE
PRINCETON, NJ 08540


Aquracy.com Corporation
Dwight T. Martin
135 Gemini Circle, Suite 204
Birmingham, AL 35209


AT&T Indiana
220 North Meridian
Indianapolis, IN 46204


Automatic Data Processing, Inc.
Investor Communications Services
51 Mercedes Way
Edgewood, NY 11717


Baden Tax Management LLC
165 West Wieuca Road, Suite 209
Atlanta, GA 30342


Baker & Daniels LLP
David C. Worrell
300 N. Meridian Street, Suite 2700
Indianapolis, IN 46204


BARBARA A MANN
117 PLEASANT VIEW DR
MITCHELL, IN 47446


BARRY S. GREENWELL
6157 ESTATE DRIVE
EVANSVILLE, IN 47720-7912

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
Berbee Information Networks Corporation
Douglas L. Bobo
11711 North Meridian Street, Suite 225
Carmel, IN 46032


BKD, LLP
501 N. Broadway, Suite 600
St. Louis, MO 63102-2102


Black McCuskey Souers & Arbaugh, LPA
220 Market Ave. S, Suite 1000
Canton, OH 44702


BLAINE E. MATTHEWS
BOX 15 WHITCOMB HILL ROAD
CORNWALL BRIDGE, CT 06754


Bloomberg
PO Box 30244
Hartford, CT 06150-0244


Bowe Bell & Howell
Barbara Ratts
3791 S. Alton Ave.
Durham, NC 27713


Bowers Harrison, LLP
25 N.W. Riverside Drive, 2nd Floor
Evansville, IN 47708


BRANDON ELEK
911 MCKINLEY
BAY CITY, MI 48708


Broadridge Financial Solutions, Inc.
Broadridge Investor Communication Soluti
51 Mercedes Way
Edgewood, NY 11717


Broadridge Financial Solutions, Inc.
Broadridge Investor Comm Solutions
51 Mercedes Way
Edgewood, NY 11717


BRUCE G. TABER
8366 LARCH PLACE N
NEWBURGH, IN 47630-2510

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

BVS Performance Systems
4060 Glass Road NE
Cedar Rapids, IA 52402


C. WAYNE HATFIELD TRUST
5045 E RIO GRANDE AVE
TERRE HAUTE, IN 47805-9617


CARLA A. LINE
4049 NORTH LAKE DRIVE
MORNINGVIEW, KY 41063


CAROL SUE PIERCE
4832 S 700 E
ELLWOOD, IN 46036


CASEY GOODAKER
748 MORRIS DR
GRAND RIVERS, KY 42045-9138


CATHERINE N. WEBB
25275 CARNOUSTIE COURT
BONITA SPRINGS, FL 34135


Ceridian Corporation
3311 East Old Shakopee Road
Minneapolis, MN 55425


CHARLES P. FULLER TRUSTEE
P O BOX 293
DALE, IN 47523-0293


Charles Schwab Trust Company
211 Main Street, 14th Floor
San Francisco, CA 94105


CHARLOTTE W. SCHLENSKER
2134 SCHLENSKER RD
EVANSVILLE, IN 47711-9288

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

Chase
Kentucky Market
PO Box 260180
Baton Rouge, LA 70826-0180


Chase Manhattan Mortgage Corporation
343 Thornell Avenue
Edison, NJ 08837


CHRISTOPHER WIRTHWEIN
4900 WINTERGREEN LANE
CARMEL, IN 46033-9726


Cintas Document Management
f/k/a ITC Image Technology Corp


Corporate Bank Transit of Kentucky, Inc.
415 N. McKinley, Suite 850
Little Rock, AR 72205


Courier Express, Inc.
PO Box 36
Owensboro, KY 42302


CURTIS RITTERLING
850 BLUE RIDGE RD
EVANSVILLE, IN 47714


Cushman & Wakefield, Inc.
Valuation Services, Advisory Group
51 West 52nd Street
New York, NY 10019


CYNTHIA McNIEL
572 ALDEN WAY
ROSEVILLE, CA 95678


CYRIL J. WORLAND
1189 W BILL RD
VINCENNES, IN 47591-9805


DANIEL COOK & JOSHUA COOK
113 MANOR DRIVE
PRINCETON, KY 42445-2319

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


DANIEL L. KIRKLAND
4950 E SR 162
LINCOLN CITY, IN 47552


DANIEL L. KIRKLAND
13492 S JEFFERSON ST
PRINCETON, KY 42445-6058


Darling Consulting Group, Inc,
260 Merrimac Street
Newburyport, MA 01950


Data Mail, Inc.
1014 Main Street
Evansville, IN 47708


DataScan Technologies, LLC
5925 Cabot Parkway
Alpharetta, GA 30005


DAVID E. CURTIS
1004 WILLIE CURTIS ROAD
MT. OLIVET, KY 41064


DAVID JACKSON LITTLEPAGE
6200 RIVER BLUFF DR
NEWBURGH, IN 47630-8852


DAVID KYLER & JO NELL KYLER
3449 SOUTH RD
CADIZ, KY 42211-8532


DAVID R. RUST
2709 W GLEN ELLEN DRIVE
BLOOMINGTON, IN 47404-9397


DAVID S. RUHOFF TRUST
124 CATAMARAN ST 7
MARINA DEL REY, CA 90292-5768

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
DEAN R. VOGEL ESTATE
3010 GRAHAM AVE
EVANSVILLE, IN 47714


DEBBY BECKER
9040 WALPOLE AVE
CALIF CITY, CA 93505-2100


DELMON T. MAYES
8388 STONEGATE DR.
NEWBURGH, IN 47630-2794


DELMON T. MAYES & ANN P MAYES
8388 STONEGATE DR.
NEWBURGH, IN 47630-2794


Deluxe Financial Services
3680 Victoria Street North
Shoreview, MN 55126-2966


Delves Group
10 South LaSalle Suite 1450
Chicago, IL 60603


DENNIS G. RUDE
2018 COLERIDGE
CROWNVILLE, MD 21032


DENNIS RYAN
1481 RIDGE RD
PRINCETON, KY 42445


Depository Trust & Clearing Corporation
55 Water Street
Attn: General Counsel
New York, NY 10041


DIANA MARIE MICHEL
5513 AMBERWOOD PL
EL PASO, TX 79932-2001


Diebold
5995 Mayfair Road
PO Box 3077

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
North Canton, OH 44720-8077


Diebold, Inc.
Ed Calhoun
6050 Wedeking Ave. Bldg. #6
Evansville, IN 47715


Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202


Dinsmore & Shohl LLP
Sterling W. Colvin
255 East Fifth Street, Suite 1900
Cincinnati, OH 45202


Directors Desk, LLC
Adam Ross
1 Liberty Plaza
New York, NY 10006


DRY RIDGE CHRISTIAN CHURCH
13 SCHOOL STREET
DRY RIDGE, KY 41035


Dynamex Inc
5429 LBJ Freeway, Suite 1000
Dallas, TX 75240


EARN
c/o The Company Corporation
2711 Centerville Road, Suite 400
Wilmington, DE 19808


Econocheck Corporation
3 Gresham Landing
Stockbridge, GA 30281


EDWARD C. APPLEGATE
3009 PALACE PLACE
MURFREESBORO, TN 37129


EDWARD L. EDMONDSON TRUSTEE
1500 MORIAH DRIVE
OLNEY, IL 62450

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
ELISABETH OBERTEUFFER
123 ARROYO CALABASAS
SANTA FE, NM 87501


ELIZABETH E. ALBON
10011 RUSTIC GATE
LA PORTE, TX 77571-4148


ELLIS WENDELL ARMES
BOX 87
HARDINSBURG, KY 40143


ePlus Group
PO Box 8500-5270
Philadelphia, PA 19178-5270


ePlus, inc.
13595 Dulles Technology Drive
Herndon, VA 20171-3413


ERIC K. JOHNSON
7218 N OAKLAND
INDIANAPOLIS, IN 46240


ERIN BLACKBURN
385 CRAB ORCHARD CREEK RD
CLAY, KY 42404-9527


ERIN BLACKBURN & VINSON BLACKBURN
385 CRAB ORCHARD CREEK RD
CLAY, KY 42404-9527


ESTATE OF GARRY O. HENDRICKSON
c/o DON G. HENDRICKSON
112 S. ROCKPORT RD.
BOONVILLE, IN 47601


ESTATE OF ROBERT VINCENT
C/O THOMAS VINCENT
PO BOX 1732
VINCENNES, IN 47591


ESTATE OF ROBERT VINCENT
C/O VICTORIA PEARL
11 ASHCRAFT PLACE

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
WEST LAFAYETTE, IN 47906


Federal Deposit Insurance Corporation
550 17th Street NW
Washington, DC 20429


Fidelity National Information Services,
601 Riverside Avenue
Jacksonville, FL 32204


Fidelity National Information Svcs, Inc.
601 Riverside Avenue
Jacksonville, FL 32204


Fidelity Regulatory Solutions
PO Box 5828
Hicksville, NY 11802-5828


First Tennessee
165 Madison Ave
Memphis, TN 38103


Fiserv Output Solutions
f/k/a Personix
2307 Directors Row
Indianapolis, IN 46241


Fiserv, Inc.
255 Fiserv Drive
Brookfield, WI 53045


FRANK E CONNER
PO BOX 187
PRINCETON, IN 47670-0187


FRANK WALLACE
4121 ROYAL OAK DR
NEW ALBANY, IN 47150


FREDERICK E. RUDE
907 STATE HWY 257
WASHINGTON, IN 47501-8506

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
FREDERICK R. FOLZ
631 S WILLOW RD
EVANSVILLE, IN 47714-1922


Fultz Maddox Hovious & Dickens PLC
101 South Fifth Street, 27th Floor
Louisville, KY 40202-3116


G3 Technology Partners
PO Box 11588
Lock Box A11
Fort Wayne, IN 46859-1588


GARY L. ADMIRE
220 INWOOD DRIVE
EVANSVILLE, IN 47711


Georgeson, Inc.
Attn: Sean P. O'Hara
199 Water Street 26th Floor
New York, NY 10038


GEX TAYLOR DIUGUID
BOX 347
GHENT, KY 41045-0347


GLENN BAUMANN
8410 GREENLEAF DR
CINCINNATI, OH 45255


GLORIA HARKER
310 HILL CT
WASHINGTON, IN 47501-3742


Goldleaf / Jack Henry
1025 Central Expressway South
Dallas, TX 75013-2790


GORDON L LOWRY
3302 W 525 S
OWENSVILLE, IN 47665-9235


GORDON L LOWRY & JANE L LOWRY
3302 W 525 W
OWENSVILLE, IN 47665-9235

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


Graydon Head & Ritchey LLP
1900 Fifth Third Center
511 Walnut Street
Cincinnati, OH 45202


Haberfeld Associates
206 S. 13th, Suite 1500
Lincoln, NE 68508


HALLIE E. MUNCY
5407 N 650 E
PATOKA, IN 47666


Harding, Shymanski & Company, P.S.C.
21 SE Third Street, Suite 500
Evansville, IN 47735-3677


Harland Financial Solutions, Inc.
fka Concentrex Inc fka CFI Pro Services
605 Crescent Executive Court, Suite 600
Lake Mary, FL 32746

Harlin Parker Attorneys at Law
Attn: Mark D. Alcott
519 East Tenth Street, PO Box 390
Bowling Green, KY 42102

HAROLD E. EDWARDS & MARY G. EDWARDS
1419 BUNTIN
VINCENNES, IN 47591-4614


Hartford Life Insurance
500 Bielenberg Drive
Woodbury, MN 55125


Hauselman, Rappin & Olswang Ltd.
39 S LaSalle Street, Ste 1105
Chicago, IL 60603


Health Resources
PO Box 15660
Evansville, IN 47716-0660

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

HELEN L. RUDE
407 NE 1ST
WASHINGTON, IN 47501-2018


HERSCHEL J. JOHNSON
P.O. BOX 45
BROWNS, IL 62818-0045


HILDA C. LANOFF TRUST
257 PRINCETON LANE
GLENVIEW, IL 60025


HOMER STOLL
10964 E 275 N
LOOGOOTEE, IN 47553-5484


Howard, Leggans, Piercy & Howard, LLP
1008 Main, PO Box 1810
Mount Vernon, IL 62864


HUB International Financial Services
Attn: Dottie Shepperd
265 Parkway Blvd, Suite 100
Coppell, TX 75019

Hudson Office Solutions
PO Box 482
Washington, IN 47501


IBM
PO BOX 643600
Pittsburgh, PA 15264-3600


IBM Corporation
BCRS Contract Operations
PO Box 700
Suffern, NY 10901-0700


IBM Corporation
600 Anton Blvd, Ste 300
Costa Mesa, CA 92626


IBM Corporation
4111 Northside Parkway
Atlanta, GA 30327

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

IKON
PO Box 802815
Chicago, IL 60680-2815


IKON Financial Services
PO Box 9115
Macon, GA 31208-9115


IKON Office Solutions, Inc.
9400 Bunsen Pkwy, Suite 200
Louisville, KY 40220


IKON Office Solutions, Inc.
PO Box 802815
Chicago, IL 60680-2815


Image Technology Corporation
Attn: Donald S. Byers, President, Midwes
2850 S. Lynhurst Drive
Indianapolis, IN 46241-5658

Image Technology Corporation
Attn: Donald Byers
2850 S. Lynhurst Drive
Indianapolis, IN 46241-5658


InfoManager, Inc.
2535 E. Southlake Blvd., Suite 250
Southlake, TX 76092


Informa Research Services, Inc.
26565 Agoura Road, Suite 300
Calabasas, CA 91302-1942


Integra Bank Corporation Junior Sub Debt
c/o Wilmington Trust Company
1100 N Market St
Wilmington, DE 19890-1615


Integra Bank N.A.
21 SE Third Street
Evansville, IN 47708

```
                    CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
Integra Capital Statutory Trust III
c/o US Bank Corporate Trust Services
US Bank NA, 1 Federal St, 3rd Floor
Boston, MA 02110


Integra Capital Statutory Trust IV
c/o Wilmington Trust Company
1100 N Market St, Mail Drop 1615
Wilmington, DE 19890


Integra Capital Statutory Trust V
c/o Bank of America Merrill Lynch
540 W Madison St, 18th Floor
Chicago, IL 60661


Integra Capital Trust II
c/o The Bank of New York Mellon
525 William Penn Place, 38th Floor
Pittsburgh, PA 15259


Integrated Software Solutions, Inc
Attn: Customer Account Manager
5 Great Valley Parkway, Suite 110
Malvern, PA 19355


Integrated Software Solutions, Inc.
Attn: Customer Account Manager
5 Great Valley Parkway, Suite 110
Malvern, PA 19355


Jack Henry & Associates, Inc.
663 Highway 60
Monett, MO 65708


JACQUELINE SYERS DUNCAN
3685 WINDING WOOD LN
LEXINGTON, KY 40515-1285


JAMES A. JULIAN
1280 PARLIAMENT LN
BIRMINGHAM, AL 35216


JAMES D. FRAVEL, SR
BOX 825
EVANSVILLE, IN 47705-0825


JAMES M. STONE
RR 1
FORT BRANCH, IN 47648-9801
```

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


JAMES R. TRAPP
300 STEPHENSON RD
RIPLEY, OH 45167


JAMES RENWICK MORROW
528 N PRINCE ST
PRINCETON, IN 47670-1732


JAMIE SYERS CROUSE
116 STONE CREEK DR
MT STERLING, KY 40353


JANICE BEESLEY
1209 VISTA LANE
WASHINGTON, IN 47501


JARED LEE GLADISH
620 MAIN STREET
TELL CITY, IN 47586


JEAN M. LANCASTER
2106 PARK AVE
WASHINGTON, IN 47501


JEANINE E. THOMAS TRUSTEE
6612 McCAMBELL CLUSTER
CENTREVILLE, VA 20120-3729


Jefferson Wells International
100 Manpower Pl
Milwaukee, WI 53212


JEFFERY W. GATES
2136 SWEETSER AVE
EVANSVILLE, IN 47714


JEFFERY W. GATES & WENDY GATES
2136 SWEETSER AVE
EVANSVILLE, IN 47714

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
JEFFREY H. GABBARD
517 STEVENSON ROAD
ERLANGER, KY 41018


JEFFREY RYAN DAVIS
5709 LINCOLN POINTE BLVD
EVANSVILLE, IN 47715-6503


JENNIFER D. MEYER
3125 TOLLGATE RD
ST LOUIS, MO 63129-3968


JENNIFER D. MEYER & JILL MEYER
3125 TOLLGATE RD
ST LOUIS, MO 63129-3968


JILL NICOLE DAVIS
6844 HOLLY DR
NEWBURGH, IN 47630-1953


JOHN FRIEND GDN
C/O FINE & HATFIELD 520 NW 2ND ST BOX 77
EVANSVILLE, IN 47705-0779


JOHN P. SCHUERMAN
509 N WALNUT STREET
BATESVILLE, IN 47006-1027


JOHN SNEDEGAR
PO BOX 56
OWINGSVILLE, KY 40360-0056


JOHN TAYLOR MORROW CUST
7840 WOODRIDGE DRIVE
WADESVILLE, IN 47638-9309


JONAH C. SCHROER
1932 SHERMER RD
NORTHBROOK, IL 60062-5320


Jones & Jacobs
77 W Washington St., Suite 2100
Chicago, IL 60602

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


JOSEPH C. LAWRENCE III
1033 OAKWOOD TRAIL
INDIANAPOLIS, IN 46260


JOSEPH H. HARRISON
114 HARRISON DRIVE
VINCENNES, IN 47591-3708


JOSEPH H. HARRISON
C/O BOERS HARRISON KENT & MILLER, BOX 12
EVANSVILLE, IN 47706-1287


JUDY CAROL GOODAKER
330 HWY 293 N
PRINCETON, KY 42445


JULIE W. SHEPHERD
358 US 68
EWING, KY 41039


KARE L. COLE
885 W COUNTY ROAD 50 S
VERSAILLES, IN 47042-9185


Keefe, Bruyette & Woods
Attn: Daniel D. Floyd
10 South Wacker Drive, Suite 3400
Chicago, IL 60606


KEITH JACOBS
6200 RIVER BLUFF
NEWBURGH, IN 47630


Kellam & Pettit
n/k/a Rogers Townsend & Thomas, PC
220 Executive Center Drive
Columbia, SC 29210


Keller Schroeder Associates
4920 Carriage Drive
Evansville, IN 47715

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

KELLY GALLAGHER
833 SOCIETY COURT
WOODSTOCK, GA 30188-2479


KELSEY H. CRISP
816 GRAPEVINE DR
PRINCETON, KY 42445-2295


KENNETH B. AYER
1105 RATLISS CRT
BOONVILLE, IN 47601


KENNETH L. LECOCQ
626 E COUNTY RD 700 S
OAKLAND CITY, IN 47660-8958


KERI SHOUSE
388 BRANTLEY LANE
CLAY, KY 42404-9196


Klineman & Associates
Attn: Susan B. Klineman
10979 Reed Hartman Highway, Suite 236
Cincinnati, OH 45242

KraftCPAs PLLC
Attn: Tracy L. Thomas, CPA
555 Great Circle Road, Suite 200
Nashville, TN 37228

KRISTIN L. BROWN
15 ROYAL ST. APT 1
LEESBURG, VA 20175


KURT ANDREW COMER
4088 W COUNTY RD 350 N
OSGOOD, IN 47037-9810


LANCE MIGHELL AND TONYA ALTENBERGER
350 BILLINGSLEY LANE
BUNCOME, IL 62912


LARRY L. EATON
1077 S CAVE HILL ROAD
VERSAILLES, IN 47042-8423

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


LaSalle Bank, National Association
135 South LaSalle Street, Ste 1511
Attn: CDO Trust Svcs Group
Chicago, IL 60603


LAWRENCE J. VIECK
450 HENDERSON RD
VINCENNES, IN 47591-9362


LAWRENCE J. VIECK & JANA VIECK
450 HENDERSON RD
VINCENNES, IN 47591-9362


LEE ANN HARPENAU
11208 W 125TH TER
OVERLAND PARK, KS 66213


LEEANN JACOBS
6200 RIVER BLUFF
NEWBURGH, IN 47630


LEOPOLD DIECK
MARKTSTRABE 40
DE-88212 Bad Ravensburg
Germany


LESLIE PARISH
180 BERNARD ST
NEBO, KY 42441


LESLIE PARISH & JONATHAN PARISH
180 BERNARD ST
NEBO, KY 42441


LESLIE WEIL
3726 S EUCLID
BERWYN, IL 60402


LISA TALBOT
25819 BELL ROAD
CHANNAHON, IL 60410

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

LISA TSCHIRHART
1906 RIALTO WAY
SAN ANTONIO, TX 78230


LOIS P. JONES & GEORGE F. JONES III
1512 MADISON STREET
HENDERSON, KY 42420


LORI B. WOOD
6466 THORN RIDGE DRIVE
HENDERSON, KY 42420-8749


LORRIS J. BAILEY TRUSTEE
731 W. 6TH STREET
BICKNELL, IN 47512-1517


LOUISE FREDRICKSON
220 19TH ST
PACIFIC GROVE, CA 93950-3306


LYN BAILEY
PO BOX 356
CADIZ, KY 42211


MARC A. NEIDIG
2302 HIALEAH DR
EVANSVILLE, IN 47715


Marc Wells, Attorney at Law
PO Box 644
Princeton, KY 42445


MARGARET A. REDWINE
1800 DURLIN RD
NEW HARMONY, IN 47631-0296


MARGARET CHUNG
242 POWELL STREET
CLARENDON HILLS, IL 60514


MARGARET REYNOLDS
BOX 66
VIENNA, IL 62995-0066

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


MARILYN K. ENGELBRECHT
211 E JENNINGS ST
NEWBURGH, IN 47630-1434


MARILYN S. RIFFEY
2055 MONTEREY LN
EUGENE, OR 97401-7203


MARK RUSIEWSKI
6725 W FOSTER
CHICAGO, IL 60656


MARK SCHMIDT
1940 GRANDVIEW DR
JASPER, IN 47546-8182


MARK W. TREVOR
1810 OXNARD DRIVE
DOWNERS GROVE, IL 60516


Markoff & Krasny
29 North Wacker Drive, Suite 550
Chicago, IL 60606


MARLENE A. OBERT
5003 EAST 750 SOUTH
FORT BRANCH, IN 47648-9607


MARLENE P. BYRD
12593 S JEFFERSON STREET
PRINCETON, KY 42445-6053


Marshall & Ilsley Corporation
770 N Water Street
Milwaukee, WI 53202


MARY CAROLYN DAMM
PO BOX 174
UNIONVILLE, IN 47468

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
MATTHEW S. HARGIS
1724 2ND AVE #A
TUSCALOOSA, AL 35401-3506


McGuire Performance Solutions
16435 N. Scottsdale Rd, Suite 290
Scottsdale, AZ 85254


MELINDA PAGE
505 McKENNEY RD
VINCENNES, IN 47591-5108


Mercer Health & Benefits LLC
111 Monument Circle, Suite 4300
Indianapolis, IN 46204


Met Life
PO Box 8500-3895
Philadelphia, PA 19178-3895


MICHAEL BRADSHAW
8542 SOUTH MEADE
BURBANK, IL 60459


MICHAEL D. GALLAGHER
415 SOUTHRIDGE WAY
ERVIN, TX 75063


Midwest Payment Systems, Inc.
38 Fountain Square Plaza
Cincinnati, OH 45263


MILDRED M. BONICEL & PATSY R. STEELE
PO BOX 969
SHOALS, IN 47581-0969


Minnesota Life Insurance Company
400 Robert Street North
St. Paul, MN 55101-2098


MYRA M. KOPPLIN
4417 VINTAGE WAY
GARLAND, TX 75042

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

NANCY O'DOWD
16761 SWIFT ARROW DR
LOCKPORT, IL 60441


NCP
5200 East Lake Boulevard
Birmingham, AL 35217


Neely Law Firm
1001 Market Street
Metropolis, IL 62960


NELSON GAY
2593 E COUNTY RD 150 N
MILAN, IN 47031-9012


Newport Group
300 International Pkwy Ste 270
Heathrow, FL 32746


NINA R. OST
2390 N GETTY'S CREEK RD
BLOOMINGTON, IN 47408-9621


NOAH N. SCHROER
1932 SHERMER RD
NORTHBROOK, IL 60062-5320


Norlight
A.E. Cinelli Technology Center
3701 Communications Way
Evansville, IN 47715


NORMA STAVER & DAVID STAVER
448 N MAIN
BRIDGEPORT, IL 62417-1526


NORMAN E. STEVENS
7818 S 38 E
FORT BRANCH, IN 47648-8005

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
NORMAN E. STEVENS & CAROLYN R STEVENS
7818 S 38 E
FORT BRANCH, IN 47648-8005


Notification Systems, Inc.
Attn: Mr. Pentel
1650 W. 82nd St. #700
Bloomington, MN 55431

Office of the Comptroller of Currency
Administrator of National Banks
Washington, DC 20219


Office of the Comptroller of Currency
Evansville Satellite Office
101 NW First Street, Suite 207
Evansville, IN 47708-1259

Office Ware
11401 Bluegrass Parkway
Louisville, KY 40299


Opex Corporation
305 Commerce Drive
Moorestown, NJ 08057-4234


PATRICE A. PARSONS
2410 SHANNON STREET
WASHINGTON, IN 47501


PATRICK J. SEIL
130 W NORTH STREET
GRAYVILLE, IL 62844


PAUL P. MICHAEL
5230 E 800 S
MONTGOMERY, IN 47558-5390


PAULA ELLIOTT
632 W WRIGHTWOOD AVE #4E
CHICAGO, IL 60614-2587


PAULA HALLER CUSTODIAN
9939 CHATODD COURT
EVANSVILLE, IN 47712-9137

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


Penguin Group, (USA) Inc.
Permission Department
375 Hudson Street
New York, NY 10014


Phoenix Imaging & Office Products LLC
1415 N. Royal Ave., Suite A
Evansville, IN 47715


Pinnacle Financial Group, Inc.
7825 Washington Avenue S
Minneapolis, MN 55439


Piranha Mobile Shredding
1724 W. Franklin St.
Evansville, IN 47712


Pitney Bowes
1 Elmcroft Road
Stamford, CT 06926-0700


Pitney Bowes Credit Corporation
2225 American Drive
Neenah, WI 54956


Plus System, Inc.
6400 S Fiddlers Green Circle
Englewood, CO 80111


PriceWaterhouse Coopers LLP
1441 Brickell Avenue, Suite 1100
Miami, FL 33131


PriceWaterhouse Coopers LLP
214 N. Tyron Street, Suite 3600
Charlotte, NC 28202


PriceWaterhouse Coopers LLP
100 East Broad Street, Suite 2100
Columbus, OH 43215

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
PriceWaterhouse Coopers LLP
10 Tenth Street Suite 1400
Atlanta, GA 30309-3851


PriceWaterhouse Coopers LLP
1000 Morgan Keegan Tower
50 N. Front Street
Memphis, TN 38103


Profit Stars
Jack Henry)
1025 Central Expressway South
Dallas, TX 75013-2790


Pulse Computer Systems, Inc.
Attn: Integra Bank Lock Box
420 N.W. Fifth Street, PO Box 1253
Evansville, IN 47706-1253


Quick Rate of IL LLC



RALPH W. KEITH
8959 W HINDS RD
BLOOMINGTON, IN 47403-9570


RALPH W. KEITH & AGNES B. KEITH
8959 W HINDS RD
BLOOMINGTON, IN 47403-9570


Raymond James Financial Services
123 NW 4th Street, Suite 505
Evansville, IN 47708


Reliance Standard Life Insurance Company
2001 Market Street, Suite 1500
Philadelphia, PA 19103-7090


Rennhack Marketing Services Inc.
752 Port America Place, Suite 300
Grapevine, TX 76051


RICHARD BURTON
306 HILL DR
BEDFORD, IN 47421

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

ROBERT HARRIS
BOX 217
PETERSBURG, IN 47567

Ron Bowman
PO Box 263
Pea Ridge AK 72751

RONALD B. SMALL
5371 S MONROE SCHOOL RD
MONROE CITY, IN 47557-7079

RONALD B. SMALL & CAROLYN J. SMALL
5371 S MONROE SCHOOL RD
MONROE CITY, IN 47557-7079

Rudolph, Fine, Porter & Johnson, LLP
PO Box 1507
Evansville, IN 47706-1507

RYAN WILLIAM HOKE
7810 S DIANA DR
CARLISLE, IN 47838-8323

Salyers & Buechler PSC
6200 Dutchmans Ln, Ste 204
Louisville, KY 40205

SANDRA A. SIEBERT
110 E 34TH ST
JASPER, IN 47546-1046

SARA B. BENJAMIN
3046 MERRILL AVE
CLEARWATER, FL 33759

SARA FOLZ STERNE TRUSTEE
28 JOHNSON PL
EVANSVILLE, IN 47714-1606

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
SBA
681 Industrial Blvd
London, KY 40741


Schultheis Insurance
32 North Weinbach Avenue
Evansville, IN 47711


SCOTT K. NEFF
412 S. MADONNA
SANTA CLAUS, IN 47579


SCOTT K. NEFF & JENNIFER P. NEFF
412 S. MADONNA
SANTA CLAUS, IN 47579


Scully Law Office PC
7220 West 194th Street, Suite 108
Tinley Park, IL 60487


Shapiro, Van Ess, Phillips & Barragate,
4805 Montgomery Road
Norwood, OH 45212


SHELLY S. MILLER
172 CAMBRIDGE WAY
CAMPBELLSVILLE, KY 42718-8999


SHELLY S. MILLER CUSTODIAN
172 CAMBRIDGE WAY
CAMPBELLSVILLE, KY 42718-8999


Smith & Butterfield
2800 Lynch Road
Evansville, IN 47711


SMITH D. BROADBENT, III
485 BROADBENT RD
CADIZ, KY 42211


SNL Financial LC
212 7th Street NE
Charlottesville, VA 22902

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


Solutionary, Inc.
9420 Underwood Ave., Third Floor
Omaha, NE 68114


SONDRA S. HARRIS
BOX 217
PETERSBURG, IN 47567


Sonitrol of Evansville
208 NW Third
Evansville, IN 47708-1234


SONYA RANEA PRIDE
1224 N GILES ST
STURGIS, KY 42459


Southwest Financial Services, Ltd.
Attn: General Counsel
537 E Pete Rose Way, Suite 300
Cincinnati, OH 45202


Statman Harris & Eyrich LLC
3700 Carew Tower, 441 Vine Street
Cincinnati, OH 45202


STEVEN KOEHNE
7395 N GREEN MEADOWS EST
FAIRLAND, IN 46126


Stites & Harbison PLLC
323 East Court Avenue
Jeffersonville, IN 47130


Strauss & Troy
150 E Fourth Street
Cincinnati, OH 45202


Sungard
PO Box 91233
Chicago, IL 60693


Page 30

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

SUSAN E. WILKIE
8638 PETERSBURG RD
EVANSVILLE, IN 47711-1469


SUSAN MARIE CANE
335 SAILFISH DR
ATLANTIC BEACH, FL 32233-4130


Taft Stettinius & Hollister LLP
425 Walnut Street, Ste 1800
Cincinnati, OH 45202-3957


TAMARA SUE LECOCQ
626 E. COUNTY ROAD 700 S
OAKLAND CITY, IN 47660-8958


The Bank of New York
101 Barclay Street, Floor 21W
Attn: Corporate Trust Administration
New York, NY 10286


The Delves Group
Donald P. Delves
10 LaSalle Street, Suite 1450
Chicago, IL 60603


THE J. RUSSELL GILLILAND TR
844 BATTERY LN APT 130
NASHVILLE, TN 37220


The Newport Group
300 International Parkway, Suite 270
Heathrow, FL 32746


The Realty Group, LLC
Attn: Wayne Ellis
5625 Pearl Dr., Suite 101
Evansville, IN 47712


The Ultimate Software Group, Inc.
Attn: General Counsel
2000 Ultimate Way
Weston, FL 33326


THERESA L. TRETTER
655 PEBBLE BEACH DRIVE
HUNTINGBURG, IN 47542-9237

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt

Thomas & Thorngren, Inc.
One Vantage Way, Suite A105
PO Box 280100
Nashville, TN 37228


THOMAS J. JOHNSON
501 E MEADE
EVANSVILLE, IN 47715


Thomson Legal & Regulatory, Inc.
d/b/a RIA
395 Hudson Street
New York, NY 10014


Thomson Professional and Regulatory, Inc
117 East Stevens Ave.
Valhalla, NY 10595-1264


Thomson Reuters
3 Times Square
New York, NY 10036


TODD DANIEL LANCASTER
2106 PARK AVE
WASHINGTON, IN 47501


TODD GREENWELL
2950 N RIDGEL PATH
HENDERSON, KY 42420-2237


TODD J MILES
1731 ANDOVER LN SE
GRAND RAPIDS, MI 49506


TOM FULTON
1202 FLORA AVE
RIPLEY, OH 45167-9618


Total Title Services, LLC
19 NW 4th Street, Suite 500
Evansville, IN 47708

```
                    CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
Tri-State Title & Closing Services, LLC
Attn: Gregory A. Kahre
19 N.W. Fourth Street, Suite 500
Evansville, IN 47708


TTA Research & Guidance
PO Box 71687
Chicago, IL 60694-1687



U.S. BANC:source, Inc.
Neil Scott
1030 Market St.
Henderson, KY 04240



U.S. Bank, National Association
225 Asylum Street, Goodwin Square
Attn: VP, Corporate Trust Services
Hartford, CT 06103


United States Department of Treasury
Chief Counsel of Ofc of Finan Stability
1500 Pennsylvania NA Room 2312
Washington, DC 20220


US Transnet
728 Fentress Blvd
Daytona Beach, FL 32114



Verisign
PO Box 840849
Dallas, TX 75284-0849



VICTORIA P.NIENABER & STEPHEN C. NIENABE
122 W MAIN
NEWBURGH, IN 47630-112



Vintage Filings
150 West 46th Street, 6th Floor
New York, NY 10036



Viox
15 West Voorhees Street
Cincinnati, OH 45215



VIRGINIA STONE
RR #1
FORT BRANCH, IN 47648-9801
```

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt


VSP
PO Box 997100
Sacramento, CA 95899


WADE C. ALEXA
9000 S KNOX
HOMETOWN, IL 60456


WARREN EVANS & FRANCES W. EVANS
2019 N ERIN CT
HUNTINGBURG, IN 47542


Weltman, Weinberg & Reis Co., L.P.A.
323 W. Lakeside Avenue, Suite 200
Cleveland, OH 44113


Wetheril Law Office LLP
215 Main Street
Rockport, IN 47635


WHITNEY TODD EDDINGS
2704 STANWOOD AVE
JACKSONVILLE, FL 32207


WILLIAM KEITH OMER
2020 N THOMAS AVE
EVANSVILLE, IN 47711


WILLIAM P. DUNLANY JR
1724 ASHLEY HALL RD APT L
CHARLESTON, SC 29407


Wilmington Trust Company
1100 N Market St, Rodney Square North
Attn: Corporate Trust Administration
Wilmington, DE 19890

Winkler
1108 N Fulton Ave
Evansville, IN 47710

CREDITOR MATRIX-INTEGRA BANK CORPORATION.txt
Wolfenson & Burke LTD
9501 W 144th Pl, Suite 200
Orland Park, IL 60462


Worldwide Mortgage Group, LLC
Attn: Wayne Ellis
6200 East Columbia St.
Evansville, IN 47715


Zurich
8734 Paysphere Circle
Chicago, IL 60674