UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| INTEGRA BANK CORPORATION, | ) | Case No. 11-71224-BHL-7 |
| | ) | |
| Debtor. | ) | |

**CURRENT BUSINESS INCOME AND EXPENSES**

Please provide figures for the full calendar month preceding the date of petition to the date of petition. Bank book balance and cash on hand at *beginning of full calendar month preceding filing*: $766,545.53

RECEIPTS AND OTHER FUNDING:

| | | |
|---|---|---:|
| 1. | Sales / Receipts | $ 0 |
| 2. | Accounts Receivable Collections | $ 0 |
| 3. | Loans / Financing | $ 0 |
| 4. | Capital Contributions | $ 0 |
| 5. | Other Receipts (describe below) | $ 328,138.72 |
| | Dividend from subsidiary | $ 300,000.00 |
| | Reimbursements from subsidiary | $ 28,138.72 |

**I.     TOTAL RECEIPTS AND FUNDING** (sum of lines 1 through 5)     **$328,138.72**

EXPENDITURES:

| | | |
|---|---|---:|
| 6. | Inventory Purchases | $ 0 |
| 7. | Taxes | $ 0 |
| 8. | PAYROLL | |
| | a. Compensation of insiders | $ 0 |
| | b. Salaries & Wages | $ 0 |
| | c. Outside Labor | $ 0 |
| 9. | Payments to Professionals | $ 86,097.62 |
| 10. | Insurance | $ 0 |
| 11. | Real Property Rent Payments | $ 0 |
| 12. | Equipment Lease Payments | $ 0 |
| 13. | Mortgage Payments | $ 0 |
| 14. | Utilities / Telephone | $ 0 |
| 15. | Supplies | $ 0 |
| 16. | Repairs & Maintenance | $ 0 |
| 17. | Travel & Entertainment | $ 166.32 |
| 18. | Other Expenses | $ 224,321.42 |
| | Directors' fees | $ 47,149.00 |
| | Restricted stock overaccrual | $ 177,172.42 |

BDDB01 6807669v1

II.  **TOTAL EXPENDITURES** (sum of lines 6 through 18)     **$ 310,585.36**

**NET CASH FLOW** (Total Receipts less Total Expenditures)     **$ 17,553.36**

Bank book balance and cash on hand at *date of filing*     **$ 784,098.89**

  On July 29, 2011, the Office of the Comptroller of the Currency closed the Debtor's principal subsidiary, Integra Bank N.A. (the "Bank") and appointed the Federal Depository Insurance Corporation (the "FDIC") as receiver of the Bank. The Debtor's principal asset was the capital stock of the Bank, and the Debtor does not expect to receive any recovery from the receivership process for the Bank. No material business is being conducted by the Debtor other than business consistent with the winding up and liquidation of the Debtor's affairs. As a result, any financial statements for the Debtor from and subsequent to the petition date will vary considerably from prior statements and will reflect the cessation of the Debtor's material operations.

  I, Michael J. Alley, declare under the penalty of perjury under the laws of the United States that I have read the foregoing *Current Business Income and Expenses* and that the figures, statements, disbursement itemizations, and balances listed, are true and correct as of the date of this report to the best of my knowledge, information and belief.

Date: _8/9/11_

                 Michael J. Alley
                 Chairman and CEO
                 Integra Bank Corporation